# EXHIBIT A

12/20/10 08:54

Date: 1/21/2010 (GMT-05:00)
13:25:23 *** BELAL FARUKI (NEURAL MARKETS LLC) has entered the room

13:25:37 BELAL FARUKI : hey buddy

13:25:38 *** MARC TISHFIELD (MILLENNIUM FIXED INC) has entered the room

13:26:19 MARC TISHFIELD : hey, how are you?

13:26:39 BELAL FARUKI : fantastic. how are things going at your new gig?

13:27:00 MARC TISHFIELD : going well - glad i don't do prop trading at a bank

13:27:08 BELAL FARUKI : hahaha

13:27:10 MARC TISHFIELD : your buddy obama shutting that business now

13:27:22 BELAL FARUKI : its crazy

13:27:35 BELAL FARUKI : hey so i launched my fund

13:27:39 BELAL FARUKI :

13:27:54 MARC TISHFIELD : nice

13:27:59 MARC TISHFIELD : mostly quant type of stuff?

13:28:06 MARC TISHFIELD : what strategies?

13:28:16 BELAL FARUKI : i rolled out the Spot F/X portfolio first

13:28:21 MARC TISHFIELD : you raise a decent amount of dough or building a track record first?

13:28:23 BELAL FARUKI : dec, 2009 >12%

13:28:27 BELAL FARUKI : Jan now at 32%

13:28:35 MARC TISHFIELD : pretty sick

13:28:36 BELAL FARUKI : used my own dough first

13:28:48 BELAL FARUKI : im rolling out futures in march

13:28:54 BELAL FARUKI : and then equities in july

13:28:57 MARC TISHFIELD : nice

13:29:07 MARC TISHFIELD : u taking new $$ from littel guys like me?

13:29:25 BELAL FARUKI : i would love to do business with you

13:29:37 BELAL FARUKI : i will have my track audited by RSM MCGladry in feb

13:29:39 BELAL FARUKI : and send it to u

13:29:46 BELAL FARUKI : u can verify it

13:29:52 MARC TISHFIELD : nice

13:29:56 MARC TISHFIELD : you in ny at all?

Copyright 2010 BLOOMBERG L.P.

12/20/10 08:54

13:29:59 MARC TISHFIELD : or vegas?

13:30:14 BELAL FARUKI : nyc maybe, u want to meet?

13:30:59 BELAL FARUKI : i dont have enuf trading capital for futures

13:31:02 BELAL FARUKI : so i need more dough

13:31:14 MARC TISHFIELD : would love to meet

13:31:17 MARC TISHFIELD : am around

13:31:43 MARC TISHFIELD : going to vegas super bowl w/e with arnold and a few other frinds that could be interested

13:31:49 MARC TISHFIELD : any bid for a vegas trip?

13:31:54 BELAL FARUKI : what date

13:33:09 MARC TISHFIELD : feb 5- 8

13:33:12 MARC TISHFIELD : encore

13:33:46 BELAL FARUKI : might be difficult im going to be working on getting my dec, jan track audited first week of feb but NYC is easy for a day or two

13:33:59 MARC TISHFIELD : k

13:34:26 BELAL FARUKI : ill email you my trading statements on friday take a look at them

13:34:31 BELAL FARUKI : i think you will be impressed

13:35:57 BELAL FARUKI : market has been getting killed, u doing ok

13:36:08 MARC TISHFIELD : ok so far

13:36:18 BELAL FARUKI : how mil cap compared to sac?

13:36:23 BELAL FARUKI : like it better

13:36:35 MARC TISHFIELD : more mellow

13:36:48 BELAL FARUKI : no ranting and raving stevies there?

13:36:49 BELAL FARUKI : haha

13:41:15 MARC TISHFIELD : none

13:42:01 MARC TISHFIELD : let me know ehn you might come to ny

13:42:09 MARC TISHFIELD : i'll make sure i'm around

13:42:29 BELAL FARUKI : ill will try to come next week ill update u when i have a firm date

13:42:57 MARC TISHFIELD : k

17:29:43 *** BELAL FARUKI (NEURAL MARKETS LLC) has left the room

20:53:45 *** MARC TISHFIELD (MILLENNIUM FIXED INC) has left the room

Copyright 2010 BLOOMBERG L.P.

Regards,

Belal K. Faruki
Portfolio Manager
Tel: +1-312-884-7604
Fax: +1-312-884-7617
Cell: +1-312-375-9040
Cell: +1-312-802-7767
Email: bfaruki@neuralmarkets.com
Email: bfaruki@bloomberg.net
Neural Markets, LLC

---

**From:** Belal K. Faruki (Neural Markets)
**Sent:** Wednesday, August 25, 2010 8:39 AM
**To:** Belal K. Faruki (Neural Markets)
**Subject:** Neural Evolution follow up

I hope you have been receiving the daily reports. If not please let me know and I will send you copies from our archive.

Neural is accepting managed accounts in the month of September. The minimum account size is flexible as we have the ability to group investors who don't meet the minimum account size requirement together.

I have attached a copy of the Neural Evolution presentation for you to read. I have also attached a very well written paper on Statistical Arbitrage in the U.S. Equities Market written by two students at NYU. This paper provided an in-depth look into the various statistical arbitrage strategies that are the basis for the Neural Evolution systems.

If there is an interest in having Neural Markets manage funds for you then the process is very simple.

1) Execute a copy of the Neural non-disclosure agreement and investor qualification statement (attached to this email)
2) Sign the trading management agreement allowing Neural Markets to buy and sell securities in your account for your benefit (provided upon request)
3) Open an account with TradeStation Prime Services/ JP Morgan Securities and (documents provided by TradeStation Prime Services)
    a. Deposit funds with TradeStation into your own account or
    b. Set up a give-up relationship between TradeStation Prime Services and your existing brokerage account. (fees will be slightly higher since your broker will charge for this service)
4) Neural will commence trading in your account in October

Profits and losses are calculated on a monthly basis and accounted for by Liccar CPA, audited by RSM McGladry. Trade reporting can be done on a real-time, quarter hour, half hour, hourly and daily basis.

A few key points to keep in mind regarding the Evolution strategies are:

1) Evolution systems trade only the **most liquid ETF's** on U.S regulated exchanges
2) Evolution systems employ **almost zero leverage** – No ETF's are traded on margin
3) Evolution systems employ **high-frequency statistical arbitrage** strategies for **short duration, high probability** trades
4) Evolution systems are **"living models"** that **self-adjust** to keep up with dynamic markets in an attempt to stay profitable during market shifts
5) The average trade duration is **12 minutes** – No positions are held overnight, decreasing market exposure

6) Almost **100 trades executed per day** with an average **win/loss ratio of 67.32%** of the trades being winning trades
7) Evolution systems are **sector neutral, long short ETF** trading strategies
8) Evolution system trade **approximately 2-3 million shares per day**
9) Evolution systems have **returned over 200% since inception in March, 2009**
10) Evolution systems are **proprietary computer algorithms** that **exploit price imbalances based upon mathematical theorems**
11) Evolution systems provide **daily liquidity** to the client – Funds are available everyday prior to the close of the markets – **No positions are held overnight**

I am collecting indications of interest from potential clients this week so that I may be in a position to finalize the subscriber list this month. If you are interested please let me know how much in assets you would like me to manage and by when.

For more information about the Evolution strategies and how gains are achieved or for any other questions, please contact me at bfaruki@neuralmarkets.com or call me at 312-375-9040.

Regards,

Belal K. Faruki
Portfolio Manager
Tel: +1-312-884-7604
Fax: +1-312-884-7617
Cell: +1-312-375-9040
Cell: +1-312-802-7767
Email: bfaruki@neuralmarkets.com
Email: bfaruki@bloomberg.net
Neural Markets, LLC

Neural Markets is a proprietary trading firm and only trades for its own account. Neural Markets does not manage investments for customers and does not have or solicit any managed account customers or other customers, nor does any officer, employee or owner of the firm. For furthur information regarding this disclaimer please contact Neural Markets by emailing legal@neuralmarkets.com

# EXHIBIT B

# The Science of Alpha




NEURAL MARKETS

## DISCLAIMER

This document is for information purposes only. Nothing contained herein constitutes an offer to sell or the solicitation of any offer to buy which may only be made at the time a qualified offeree receives a Confidential Private Offering Memorandum ("CPOM") describing the offering and related subscription agreement and only in those jurisdictions where permitted by law. In the case of any inconsistency between the descriptions or terms in this document and the CPOM, the CPOM shall control. This document is not for public use or distribution.

**NEURAL MARKETS CURRENTLY MANAGES ONLY A SIMULATED PORFOLIO**
**NEURAL MARKETS IS NOT AN APPROVED HEDGE FUND, CTA, INVESTMENT ADVISOR OR OTHER REGULATED ENTITY**
**NEURAL MARKETS IS NOT REGISTERED WITH THE SEC/FINRA, CFTC/NFA OR ANY OTHER GOVERMENTAL ORGANIZATION**
**NEURAL MARKETS IS NOT A REGISTERED BROKER DEALER**
**NEURAL MARKETS IS A PROPRIETARY TRADING FIRM**
**PAST PERFORMANCE IS NOT INDICATIVE OF FUTURE RESULTS**

An investment in the fund is speculative and involves a high degree of risk. Opportunities for withdrawal and transferability of interests are restricted, so investors may not have access to capital when it is needed. There is no secondary market for the interests and none is expected to develop. The portfolio, which is under the sole trading authority of the management company, is primarily concentrated in relative value strategies and this lack of diversification may result in higher risk. A portion of the trades executed may take place on non-U.S. Exchanges. Leverage may be employed in the portfolio, which can make investment performance volatile. An investor should not make an investment, unless it is prepared to lose all or a substantial portion of its investment. The fees and expenses charged in connection with this investment may be higher than the fees and expenses of other investment alternatives and may offset profits.

NEURAL MARKETS

TABLE OF CONTENTS


- Overview
- Process-Quantitative Approach
- Process-Strategy Approach
- Process-Simulated Trading
- Process-Risk Management
- Technology
- Core Values
- Competitive Advantages
- Team-Vertical Integration
- Team-Management Profile
- Strategy Simulation: Comparative Analysis
- Summary of Terms and Fund Structure

NEURAL MARKETS

OVERVIEW

**Approach:**
The Evolution Equity Fund is a next generation hedge strategy focused on the systematic execution of multi-dimensional, factor-based models in the most liquid domestic equity securities.

**Objective:**
To outperform all domestic equity hedge strategies within the context of risk management, synthesizing top-tier talent and leading edge technology.
Management seeks returns in excess of 30% (net to the investor) with the lowest possible risk profile and nominal correlation to major equity indices.

**Execution:**
Management employs short-duration trading methodologies maintaining a varying level of long/short market exposure over various market cycles. The fund is sector agnostic, very liquid and employs no little to no leverage.