NEURAL MARKETS

PROCESS-QUANTITATIVE APPROACH

Our quantitative approach to all trading strategies is predicated purely on the existence of a *mathematically dominant* behavior.

## Active Overlay-Professional Trading Perspective

**Strategy Development**

- Proprietary, Recursive, time series data mining over Billions of data points
- Predictive analysis
- Proprietary Modeling Calculator

**Auto Risk-Hedging**

- Pre and post risk management
- Liquidity Management

- Strategy execution is electronically generated and monitored by the portfolio manager and technology specialist to ensure integrity and correlation to the models.
- Active intervention is restricted to a human layer of risk management.

## PROCESS STRATEGY APPROACH

1. Collaborative Strategy Development: Multi-Dimensional Factors

   Risk Management > Assess viability by Portfolio Manager

2. Proprietary Modeling Calculator: Determine Dynamic Value Parameters

   Risk Management > Determine Statistical Significance

3. Simulated Trading: Simulated Exchange Environment, Real-Time Data

   Risk Management > Screen results based on key metrics

4. Live Trading: Correlation Assessment to Simulated Trading Results

   Risk Management > Strategy Validation and Monitoring

A key step in our process is the utilization of a fully simulated trading environment…

Our developers can replicate market dynamics to learn the impact of our strategies on a real-time basis and revise as necessary.

**Neural Markets can:**

- Use real-time data to determine and execute position entries and exits.
- Execute strategy orders which imply fill information
- Simulate Profit and Loss and win/loss ratios of a strategy implying conservative execution costs and fill ratios
- Utilize the environment to monitor strategy performance on a continuous basis, over thousands of trades, throughout multiple market scenarios
- Report performance metrics on an hourly, daily, weekly or month basis

NEURAL MARKETS

PROCESS: RISK MANAGEMENT

Disciplined risk management is the foundation of each step in strategy development and execution process.

- Little to no use of leverage
- Integrated Automatic risk-driven hedging
- Source and generate full market depth, real time data
- Employ risk management triggers to identify market data anomalies
- Trade smaller block size into market liquidity - No homeruns
- Utilize a stable computing environment - Known quantity
- Human overlay of risk management monitoring during execution

# NEURAL MARKETS

## TECHNOLOGY

Neural Markets in conjunction with the TradeStation platform, has developed a proprietary, low latency platform and toolset incorporating the computing performance and data management necessary to screen, facilitate and execute our strategies.



NEURAL MARKETS

CORE VALUES

Neural Markets is a collaborative culture built on the belief that statistically significant opportunities can be realized through the brightest talent, market wisdom and best technology. Our most significant investment is in human capital.

<u>We are focused on creating:</u>

- A profitable, long-term and sustainable business through innovation and risk management
- Superior returns for the firm and respective investors through exhaustive statistical/mathematical processing
- A culture which fosters and rewards individual and team innovation
- An environment for learning, career development

NEURAL MARKETS

COMPETITIVE ADVANTAGES

Portfolio Characteristics:

- Sector agnostic, long-short market exposure to a portfolio of only the most liquid US ETF's
- Alpha generation throughout a market cycle; not beta dependent.

Vertically Integrated Team:

- Trade strategy and technology developers are one in the same, approaching statistical processing and trade development through the use of a proprietary toolset
- Internally designed and blueprinted development technology is a known quantity, with performance capabilities well beyond solutions commercially available

Alignment with Investors:

- Substantial Investment by the firm's founder and affiliated team members.

Risk Management:

- Minimized trading duration, Limited block size, and little to no leverage.
- Strategies become living models and are perpetually evaluated for statistical relevance.

NEURAL MARKETS

## TEAM VERTICAL INTEGRATION

At the core of Neural Markets is a development team with diverse backgrounds in Physics, Applied Mathematics, Network Engineering and Software Development

Single Team

- Strategy Development Proprietary Tools
- Proprietary Trading Platform
- Strategy Testing Simulated Trading
- Portfolio Monitoring

Each team member collaborates on strategy development through an open forum process.

Thereafter, the same team codes, tests, trades and optimizes the program, ensuring continuity and stability.

<u>Belal K. Faruki</u> - Chief Executive Officer, Portfolio Manager

Mr. Faruki founded Neural Markets with the vision becoming the premier systematic fund manager, focusing a career of trading and technology development. He began his career as a trader for Bear Sterns, later founding LimitUp Trading, providing private clients electronic access to the derivatives markets. In 2001, Mr. Faruki was named Chief Architect and Chief Technology Officer for LFG, LLC and The Merchants Exchange of Chicago. In 2005 he co-founded Catus Technologies, delivering the first commercially available sub five milli-second Direct Market Access trading platform to two well known trading organizations. After being acquired, Mr. Faruki founded Neotick to develop a revolutionary, ultra-low latency trading platform capable of sub-milli second execution performance.

<u>Jay S. Sorkin</u> - Chief Operating Officer

Mr. Sorkin is a 35 year veteran of the financial markets with 25 years spent as a trader with the Chicago Board Options Exchange and Chicago Board of Trade. During that time he served on a series of member committees, and was twice elected to the Board of Directors. Mr. Sorkin remains a holder of a trading privilege at the CME Group and as an expert in derivatives, has lectured on behalf of the Board to the World Bank, and several U.S. Government Agencies. He is an instructor at Northwestern University on the derivatives markets and is the co-inventor of a new method of financial analysis based on chaos and complexity theories.

# NEURAL MARKETS

## STRATEGY SIMULATION: COMPARATIVE ANALYSIS

| | | CAPITAL | NET PROFIT | TOTAL TRADES | % PROFITABLE | TOTAL SHARES TRADED |
|---|---|---|---|---|---|---|
| EEM | | $ 1,000,000 | $ 382,624.00 | 2,804 | 64% | 78,633,200 |
| FAS | | $ 1,000,000 | $ 5,299,187.00 | 3,387 | 69% | 173,826,200 |
| FAZ | | $ 1,000,000 | $ 6,262,629.00 | 3,328 | 68% | 140,462,000 |
| IWM | | $ 1,000,000 | $ 1,129,018.00 | 3,314 | 68% | 58,001,600 |
| QQQQ | | $ 1,000,000 | $ 528,958.00 | 2,939 | 64% | 73,056,000 |
| SPY | | $ 1,000,000 | $ 1,881,492.00 | 3,749 | 74% | 36,818,300 |
| XLF | | $ 1,000,000 | $ 319,522.00 | 1,983 | 58% | 154,330,700 |
| | TOTAL | $ 7,000,000 | $ 15,803,430.00 | 3,072 | 67% | 715,128,000 |

| | |
|---|---|
| ROC TOTAL | 226% |
| ROC P/M | 13% |
| ROC P/Y | 159% |
| INCEPTION DATE | 3/2/2009 |
| PERIOD | 17 MONTHS |

| | EEM | FAS | FAZ | IWM | QQQQ | SPY | XLF | TOTAL | CUMULATIVE P&L |
|---|---|---|---|---|---|---|---|---|---|
| 03/01/09 | $ 3,173.00 | $ 833,021.00 | $ 1,275,161.00 | $ 94,356.00 | $ 60,671.00 | $ 284,184.00 | $ 39,915.00 | $ 2,590,481.00 | $ 2,590,481.00 |
| 04/01/09 | $ (1,849.00) | $ 380,362.00 | $ 697,356.00 | $ 72,334.00 | $ 22,610.00 | $ 111,093.00 | $ (58,245.00) | $ 1,223,661.00 | $ 3,814,142.00 |
| 05/01/09 | $ (42,183.50) | $ 846,774.00 | $ 1,193,896.00 | $ 32,868.00 | $ 62,864.00 | $ 69,716.00 | $ 202,086.50 | $ 2,366,021.00 | $ 6,180,163.00 |
| 06/01/09 | $ (37,241.50) | $ 252,820.00 | $ 813,009.00 | $ 26,331.00 | $ 60,139.00 | $ 110,657.00 | $ (7,139.50) | $ 1,218,575.00 | $ 7,398,738.00 |
| 07/01/09 | $ 70,340.00 | $ (52,586.00) | $ 377,943.00 | $ 79,701.00 | $ 27,916.00 | $ 117,613.00 | $ (26,787.00) | $ 594,140.00 | $ 7,992,878.00 |
| 08/01/09 | $ 19,116.00 | $ 256,541.00 | $ 260,271.00 | $ 111,996.00 | $ 12,949.00 | $ 105,500.00 | $ (3,164.50) | $ 763,208.50 | $ 8,756,086.50 |
| 09/01/09 | $ 14,788.00 | $ 365,766.00 | $ 282,830.00 | $ 64,470.00 | $ 45,994.00 | $ 91,038.00 | $ 33,550.00 | $ 898,436.00 | $ 9,654,522.50 |
| 10/01/09 | $ 17,874.50 | $ 419,420.00 | $ 202,093.00 | $ 68,570.00 | $ 10,980.00 | $ 100,682.00 | $ 52,276.50 | $ 871,896.00 | $ 10,526,418.50 |
| 11/01/09 | $ 141,068.50 | $ 328,689.00 | $ 261,354.00 | $ 97,734.00 | $ 37,793.00 | $ 91,967.00 | $ 15,838.50 | $ 974,444.00 | $ 11,500,862.50 |
| 12/01/09 | $ 23,549.00 | $ 52,449.00 | $ 11,912.00 | $ 19,261.00 | $ (38,650.00) | $ 54,876.00 | $ 16,024.00 | $ 139,421.00 | $ 11,640,283.50 |
| 01/01/10 | $ 24,534.00 | $ 88,880.00 | $ 24,452.00 | $ 75,725.00 | $ (3,939.00) | $ 52,129.00 | $ (16,771.50) | $ 245,009.50 | $ 11,885,293.00 |
| 02/01/10 | $ 83,371.00 | $ 223,663.00 | $ 85,856.00 | $ 112,467.00 | $ 43,978.00 | $ 90,540.00 | $ (21,458.00) | $ 618,417.00 | $ 12,503,710.00 |
| 03/01/10 | $ (18,942.50) | $ 50,146.00 | $ (75,346.00) | $ 14,689.00 | $ 3,579.00 | $ 50,429.00 | $ (24,123.00) | $ 431.50 | $ 12,504,141.50 |
| 04/01/10 | $ 4,131.50 | $ 201,386.00 | $ 51,315.00 | $ 26,987.00 | $ (4,159.00) | $ 65,369.00 | $ 1,642.00 | $ 346,671.50 | $ 12,850,813.00 |
| 05/01/10 | $ 1,638.00 | $ 510,771.00 | $ 419,586.00 | $ 23,656.00 | $ 62,713.00 | $ 153,917.00 | $ 88,805.00 | $ 1,261,086.00 | $ 14,111,899.00 |
| 06/01/10 | $ 19,893.00 | $ 331,689.00 | $ 279,038.00 | $ 118,244.00 | $ 37,482.00 | $ 176,113.00 | $ 3,037.00 | $ 965,496.00 | $ 15,077,395.00 |
| 07/01/10 | $ 30,295.50 | $ 189,167.00 | $ 87,532.00 | $ 82,446.00 | $ 87,558.00 | $ 131,361.00 | $ 14,113.50 | $ 622,473.00 | $ 15,699,868.00 |