# EXHIBIT C

NEURAL MARKETS

STRATEGY SIMULATION: COMPARATIVE ANALYSIS (continued)



NEURAL MARKETS

STRATEGY SIMULATION: COMPARATIVE ANALYSIS (continued)



# NEURAL MARKETS

## SUMMARY OF TERMS AND FUND STRUCTURE

### Overview

| | |
|---|---|
| Funds: | Neural Markets, LLC |
| Management Company: | Neural Markets, LLC |
| Company Address: | 464 Bellar Ct, North Aurora, IL 60542, USA |
| Company Phone: | 312-884-7604 |
| Web Site: | www.neuralmarkets.com |
| Fund Manager: | Belal K. Faruki |
| Mgr - Start Date: | 03/02/2009 |

### Fees & Expenses

| | |
|---|---|
| Front Load: | 2% |
| Back Load: | 2% |
| Mgr Stated Performance Fee: | 60% |
| Early Withdrawal Fee: | 5% |

### Fund Information

| | |
|---|---|
| Total Assets (mil): | $0 |
| Total Assets Date: | 07/31/2010 |
| Inception Date: | 03/02/2009 |
| Primary Benchmark: | BAIF HF EQ STAT ARB |
| Currency: | USD |
| Min Investment: | US Dollar $1,000,000 |

### Bloomberg Classification

| | |
|---|---|
| Fund Type: | Hedge Fund, Proprietary Trading Firm |
| Asset Class Focus: | US ETF's |
| Domicile: | United States |
| Bloomberg Objective: | Eq Mkt Neut-Eq Statistical Arb |
| Geographic Focus: | United States |
| Prime Broker/Legal/Auditor | TradeStation Prime Services-[illegible]organ Securities/Foley & Lardner/RSM McGladry |

# EXHIBIT D

# CONFIDENTIAL
# PRIVATE PLACEMENT MEMORANDUM

**Private Placement of up to**
**$10,000,000 of Interests in**

**Neural Markets, LLC**
**Evolution Quantitative 1X Fund**

Neural Markets, LLC, a Delaware limited liability company (the "Company"), is offering an aggregate of up to 100 interests ("Units") in its Evolution Quantitative 1X Fund (the "Fund"). The aggregate maximum offering is $10,000,000. The minimum investment under the offering is $100,000.

The offering may be closed at any time at the discretion of the Manager (as defined herein), regardless of any level of subscription.

AN INVESTMENT IN THE FUND IS SPECULATIVE AND INVOLVES A HIGH DEGREE OF RISK. YOU SHOULD CAREFULLY CONSIDER THE RISK FACTORS AND OTHER CONSIDERATIONS DESCRIBED IN THIS MEMORANDUM AS WELL AS ALL OTHER INFORMATION PROVIDED HEREIN.

The date of this Confidential Private Placement Memorandum is **September 1, 2010.**

This PPM is registered to the designated recipient

and has the following Serial ID #: ____________

Neural Markets, LLC | Given To

______________________ | ______________________

Managing Member
Belal K. Faruki

**If you do not subscribe to this offering,**
**You must return this document immediately to:**

Neural Markets, LLC
c/o Hopkins & Associates
161 N. Clark St, 47th Floor
Chicago, IL 60601
(312) 523-2100

# CONFIDENTIAL
# PRIVATE PLACEMENT MEMORANDUM

**Private Placement of up to**
**$10,000,000 of Interests in**

**Neural Markets, LLC**
**Evolution Quantitative 1X Fund**

Neural Markets, LLC, a Delaware limited liability company (the "Company"), is offering an aggregate of up to 100 interests ("Units") in its Evolution Quantitative 1X Fund (the "Fund"). The aggregate maximum offering is $10,000,000. The minimum investment under the offering is $100,000.

The offering may be closed at any time at the discretion of the Manager (as defined herein), regardless of any level of subscription.

AN INVESTMENT IN THE FUND IS SPECULATIVE AND INVOLVES A HIGH DEGREE OF RISK. YOU SHOULD CAREFULLY CONSIDER THE RISK FACTORS AND OTHER CONSIDERATIONS DESCRIBED IN THIS MEMORANDUM AS WELL AS ALL OTHER INFORMATION PROVIDED HEREIN.

The date of this Confidential Private Placement Memorandum is **September 1, 2010.**

This PPM is registered to the designated recipient

and has the following Serial ID #: ____________

Neural Markets, LLC

Given To

______________________

Managing Member
Belal K. Faruki

______________________

**If you do not subscribe to this offering,**
**You must return this document immediately to:**

Neural Markets, LLC
c/o Hopkins & Associates
161 N. Clark St, 47th Floor
Chicago, IL 60601
(312) 523-2100

IN MAKING AN INVESTMENT DECISION, EACH PROSPECTIVE INVESTOR MUST RELY ON ITS OWN EXAMINATION OF THE FUND AND THE TERMS OF THE OFFER MADE IN THIS MEMORANDUM, INCLUDING THE MERITS AND RISKS INVOLVED. ANY SECURITIES OFFERED IN THIS MEMORANDUM HAVE NOT BEEN REVIEWED OR RECOMMENDED BY ANY FEDERAL OR STATE SECURITIES COMMISSION OR REGULATORY AUTHORITY. FURTHERMORE, THESE AUTHORITIES HAVE NOT CONFIRMED THE ACCURACY OR DETERMINED THE ADEQUACY OF THIS DOCUMENT. ANY REPRESENTATION TO THE CONTRARY IS UNLAWFUL.

THE SECURITIES OF THE FUND OFFERED IN THIS MEMORANDUM HAVE NOT BEEN REGISTERED WITH THE SECURITIES EXCHANGE COMMISSION UNDER THE SECURTIES ACT OF 1933, AS AMENDED (THE "ACT") AND MAY NOT BE TRANSFERRED OR RESOLD EXCEPT AS PERMITTED UNDER THE ACT, THE APPLICABLE STATE SECURITIES LAWS, AND THE FUND OPERATING AGREEMENT, WHICH WILL BE PROVIDED UPON REQUEST.

PROSPECTIVE INVESTORS SHOULD BE AWARE THAT THEY MIGHT BE REQUIRED TO BEAR THE FINANCIAL RISKS OF ANY INVESTMENT IN THE SECURITIES FOR AN EXTENDED PERIOD OF TIME. NO ASSURANCE CAN BE GIVEN THAT THE FUND'S INVESTMENT OBJECTIVE WILL BE ACHIEVED OR THAT INVESTORS WILL RECEIVE A RETURN ON THEIR CAPITAL OR THE RETURN OF THEIR CAPITAL. NO PERSON SHOULD INVEST IN THE FUND UNLESS HE OR SHE HAS NO NEED FOR IMMEDIATE LIQUIDITY WITH RESPECT TO SUCH INVESTMENT, IS FULLY ABLE TO BEAR THE FINANCIAL RISK OF SUCH INVESTMENT FOR AN INDEFINITE PERIOD OF TIME AND IS FULLY ABLE TO SUSTAIN THE POSSIBLE LOSS OF THE ENTIRE AMOUNT INVESTED.

THE STATEMENTS CONTAINED IN THIS MEMORANDUM ARE BASED ON INFORMATION BELIEVED TO BE RELIABLE. NO WARRANTY CAN BE MADE AS TO THE ACCURACY OF THIS INFORMATION OR THAT CIRCUMSTANCES HAVE NOT CHANGED SINCE THE DATE THIS INFORMATION WAS SUPPLIED. THIS MEMORANDUM CONTAINS SUMMARIES OF CERTAIN PROVISIONS OF DOCUMENTS RELATING TO THE PURCHASE OF INTERESTS AND OPERATION OF THE FUND. THESE SUMMARIES DO NOT PURPORT TO BE COMPLETE AND ARE QUALIFIED IN THEIR ENTIRETY BY REFERENCE TO THE TEXTS OF THE ORIGINAL DOCUMENTS, WHICH ARE AVAILABLE UPON REQUEST. PROSPECTIVE INVESTORS ARE URGED TO CAREFULLY CONSIDER THE SPECIAL CONSIDERATIONS AND RISK FACTORS RELATING TO AN INVESTMENT IN THE FUND AS WELL AS THE ACTUAL AND POTENTIAL CONFLICTS OF INTEREST TO WHICH THE MANAGER AND ITS RELATED PERSONS ARE SUBJECT IN MANAGING AND ADMINISTERING THE BUSINESS AND AFFAIRS OF THE FUND AND IN MAKING INVESTMENT DECISIONS.

NO PERSON IS AUTHORIZED TO GIVE ANY INFORMATION OR MAKE ANY REPRESENTATION NOT CONTAINED HEREIN, AND, IF GIVEN OR MADE, SUCH INFORMATION OR REPRESENTATION MUST NOT BE RELIED UPON AS HAVING BEEN AUTHORIZED. THE DELIVERY OF THIS MEMORANDUM AT ANY TIME DOES NOT IMPLY THAT THE INFORMATION CONTAINED HEREIN IS CORRECT AS OF ANY TIME SUBSEQUENT TO THE DATE OF ITS ISSUE.

THIS MEMORANDUM DOES NOT CONSTITUTE AN OFFER TO SELL, OR A SOLICITATION OF AN OFFER TO BUY, A SECURITY IN ANY JURISDICTION IN WHICH IT IS UNLAWFUL TO MAKE SUCH AN OFFER OR TO ANY PERSON TO WHOM IT IS UNLAWFUL TO MAKE SUCH AN OFFER OR SOLICITATION IN SUCH JURISDICTION.

PROSPECTIVE INVESTORS SHOULD NOT CONSTRUE THE CONTENTS OF THIS MEMORANDUM AS LEGAL OR TAX ADVICE. EACH PROSPECTIVE INVESTOR SHOULD CONSULT WITH ITS OWN LEGAL AND ACCOUNTING ADVISORS AS TO LEGAL, TAX, LIABILITY AND RELATED MATTERS INVOLVED IN BECOMING AN OWNER OF THE INTERESTS.

---

PURSUANT TO AN EXEMPTION FROM THE UNITED STATES COMMODITY FUTURES TRADING COMMISSION IN CONNECTION WITH POOLS WHOSE PARTICIPANTS ARE LIMITED TO QUALIFIED ELIGIBLE PERSONS, AN OFFERING MEMORANDUM FOR THIS FUND IS NOT REQUIRED TO BE, AND HAS NOT BEEN, FILED WITH THE COMMODITY FUTURES TRADING COMMISSION. THE COMMODITY FUTURES TRADING COMMISSION DOES NOT PASS UPON THE MERITS OF PARTICIPATING IN ANY POOL OR UPON THE ADEQUACY OR ACCURACY OF ANY OFFERING MEMORANDUM. CONSEQUENTLY, THE COMMODITY FUTURES TRADING COMMISSION HAS NOT REVIEWED OR APPROVED THIS OFFERING OR ANY OFFERING MEMORANDUM FOR THIS FUND.

---

THE INVESTMENT COMPANY ACT SECTION 3(C)(1) EXCLUDES ANY POOLED INVESTMENT FROM THE DEFINITION OF AN INVESTMENT COMPANY IF IT DOES NOT HAVE MORE THAN 100 BENEFICIAL OWNERS OF OUTSTANDING SECURITIES AND DOES NOT MAKE OR PROPOSE A PUBLIC OFFERING. THE FUND INTENDS TO RELY ON THIS EXEMPTION, AND THUS THE POOLED INVESTMENT IS NOT CONTEMPLATED TO BE REGISTERED AS AN INVESTMENT COMPANY WITH THE SECURITIES EXCHANGE COMMISSION.

**NOTICE TO UNITED KINGDOM (INCLUDING SCOTLAND) INVESTORS:** This Confidential Private Placement Memorandum has not been issued, nor have its contents been approved, by a person authorised under the Financial Services and Markets Act 2000 ("FSMA") of the United Kingdom. Accordingly it may not be communicated in the United Kingdom to the general public.

The issue or distribution of this Confidential Private Placement Memorandum in the United Kingdom is being made only to, or directed only at, persons who (i) have professional experience in matters relating to investments; or (ii) are high net worth companies and certain other entities falling within Article 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "FPO") and who meet the requirements thereunder; or (iii) are certified high net worth individuals ("CHNWIs") pursuant to Article 48 of the FPO and who meet the requirements thereunder; or (iv) are certified sophisticated investors ("CSIs") pursuant to Article 50 of the FPO; or (v) are self-certified sophisticated investors ("SCSIs") pursuant to Article 50A of the FPO and who meet the requirements thereunder (all such persons together being referred to as the "relevant persons"). This Confidential Private Placement Memorandum must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this Confidential Private Placement Memorandum relates, including the Interests, is available only to relevant persons and will be engaged in only with relevant persons. Prior to accepting an application from any applicant who claims to fall within any of the above categories, verifiable evidence of the applicant's status may be required (including in the case of CHNWIs, CSIs and SCSIs, a copy of the relevant certificates and statement in accordance with Articles 48, 50 or 50A (as the case may be) of the FPO).

Subscribing for Interests carries a significant risk of loss of all the property so invested. Any person who is in any doubt about investing in the Company should seek independent advice from a person authorised under the FSMA who specialises in advising on participation in unregulated collective investment schemes.

# TABLE OF CONTENTS


| | |
|---|---|
| SUMMARY OF FUND STRUCTURE | PAGE 8 |
| SUMMARY OF TERMS | PAGE 10 |
| GENERAL INFORMATION | PAGE 10 |
| OFFERING TERMS | PAGE 12 |
| CAPITAL ACCOUNTS AND FEES | PAGE 13 |
| LIQUIDITY, DISTRIBUTIONS, REDEMPTIONS AND TRANSFERS | PAGE 15 |
| RISK DISCLOSURES | PAGE 16 |
| SIGNATURE PAGE | PAGE 29 |

## SUMMARY OF FUND STRUCTURE

**Neural Markets, LLC**
**Evolution Quantitative 1X Series**

| | |
|---|---|
| **Manager** | Neural Markets, LLC |
| **Manager of Manager** | Belal K. Faruki |
| **Investment Geography** | Global |
| **Inception Date** | September-2010 |
| **Fund Size (US$m)** | Presently at $0, capacity of capital contributions to $10,000,000 |
| **AUM (US$m)** | Presently at $0 |
| **Domicile** | United States |
| **Open/Closed** | Open |
| **Leverage** | See Exhibit "A" |
| **Minimum Investment (US$m)** | $100,000 |
| **Address** | 464 Bellar Ct, North Aurora, IL 60542 |
| **Other Locations** | None |
| **Contact** | Belal K. Faruki |
| **Email** | information@neuralmarkets.com |
| **Telephones** | 1-312-884-7604 |
| **Website** | http://www.neuralmarkets.com |
| **Subscription Frequency** | Monthly |
| **Accounting Period** | See Exhibit "A" |
| **Reporting Frequency** | See Exhibit "A" |
| **Redemption Frequency** | See Exhibit "A" |
| **Redemption Notification Period** | See Exhibit "A" |
| **Redemption Penalty Fees** | See Exhibit "A" |
| **Management Fees (%)** | See Exhibit "A" |
| **Fund Expenses (%)** | See Exhibit "A" |
| **Performance Fees (%)** | See Exhibit "A" |
| **Clawback Provision** | See Exhibit "A" |
| **Other Fees** | See Exhibit "A" |
| **Lock-Up** | See Exhibit "A" |
| **Prime Brokers** | TradeStation Prime Services/ JP Morgan Securities ("Prime Broker") |
| **Administrators** | Liccar CPA ("Fund Administrator") |
| **Auditors** | RSM McGladry ("Auditor") |
| **Legal Advisors** | Foley & Lardner, LLP ("General Counsel") |

| | |
|---|---|
| **Annualized Return (%)** | No performance history |
| **2009 YTD Return (%)** | No performance history |
| **Rise in NAV since Inception** | No performance history |
| **Sharpe Ratio** | No performance history |
| **Annualized StDev** | No performance history |
| **Maximum Drawdown** | No performance history |
| **Worst Month of Performance** | No performance history |
| **Positive Months (%)** | No performance history |
| **Asset Class** | Globally listed securities |
| **Trading Activity** | High-Frequency Trading, Arbitrage, Statistical Arbitrage |

## SUMMARY OF TERMS

*THE FOLLOWING SUMMARY IS QUALIFIED IN ITS ENTIRETY BY THE MORE DETAILED INFORMATION SET FORTH ELSEWHERE HEREIN AND BY THE TERMS AND CONDITIONS OF THE OPERATING AGREEMENT (AS DEFINED HEREIN). THIS SUMMARY SHOULD BE READ IN CONJUNCTION WITH SUCH DETAILED INFORMATION. CAPITALIZED TERMS USED HEREIN HAVE THE DEFINITIONS SET FORTH ELSEWHERE IN THIS CONFIDENTIAL PRIVATE PLACEMENT MEMORANDUM.*

## GENERAL INFORMATION

| | |
|---|---|
| The Company | Neural Markets, LLC (the "Company") is a Delaware limited liability company organized in September 2010. As of the date of this Memorandum, the Fund has not yet commenced investment operations. |
| The Fund | The Company has been authorized by its managers to issue Non-Equity Non-Voting Membership in the Neural Markets, LLC Evolution Quantitative 1X Series of Units. (the "Fund") |
| The Manger of the Fund | The Manager of the Fund is Neural Markets, LLC (see "Company") |
| The Manager of the Manager | The Manager of the Manager is Belal K. Faruki. The Manager of the Manager has complete discretion over the trading and operation of the Company, Manager and Fund and overall responsibility for managing and administering the business and affairs of the Company, Manager and Fund. |
| Investment Objective and Program | The Fund's goal is to obtain absolute annualized returns for investors in excess of thirty percent (30%) on a net basis to the Interest Holders of the Fund. The Fund will, speculate, arbitrage and statistically arbitrage listed securities on regulated exchanges and ECNs.<br><br>The Fund applies quantitative and mathematical models that buy and sell, short and cover listed securities as the automated systems discover price imbalances and profit opportunities in the markets.<br><br>All trades executed by the Fund will be automated and computer generated and will account for 100% of the investment decisions made. Except under extraordinary circumstances will non computer based trades be generated.<br><br>In electronic financial markets, quantitative trading or automated trading, also known as algo trading, black-box trading, or robo trading, is the use of computer programs for entering trading orders with the computer algorithm deciding on certain aspects of the order such as the timing, price, or even the final quantity of the order. Algorithmic Trading is widely used by hedge funds, |

Regards,

Belal K. Faruki
Portfolio Manager
Tel: +1-312-884-7604
Fax: +1-312-884-7617
Cell: +1-312-375-9040
Cell: +1-312-802-7767
Email: bfaruki@neuralmarkets.com
Email: bfaruki@bloomberg.net
Neural Markets, LLC

---

**From:** Belal K. Faruki (Neural Markets)
**Sent:** Tuesday, August 31, 2010 4:53 PM
**To:** SIM586534M_D
**Cc:** Belal K. Faruki (Neural Markets)
**Subject:** Neural Evolution account update for month ending August, 2010

August turned out to be a very profitable month. The account was reset to $5,000,000 on 8/10/2010 and trading commenced from 8/11/2010

August booked a total return, net of fees and commissions of $237,029.59 for a total return of 4.74% over a trading period of 20 days, 4 hours and 54 minutes, averaging 0.23% per trading day.
No leverage was employed during this month with only a few days where positions were carried overnight.

Some interesting statistics for this month are:

1) 26,702,300 total shares traded.
2) 973 total trades.
3) 68.55% of these trades were winners.
4) The average time in trade was 36 minutes.
5) The largest losing day was 8/25/2010, where the portfolio booked a loss of -$66,981.05 or -1.31%
6) The largest gaining day was 8/26/2010, where the portfolio booked a profit of $120,417.84 or 2.39%
7) The largest equity drawdown experienced this month was on 8/19/2010, where the account drew down -$119,620 or -2.39% of initial capital.
8) The largest equity run-up experienced this month was on 8/31/2010, where the account ran-up $237,029.59 or 4.74% of initial capital.

| | DOW JONES | S&P 500 | NASDAQ | NEURAL EVOLUTION |
|---|---|---|---|---|
| August, 2010 | -4.31% | -4.74% | -6.24% | +4.74% |

I have attached a detailed trading report for the period ending 8/31/2010 and today's end of day email update.

Please feel free to contact me should you have any questions.

The profit of $237,029.59 (4.74%) will be swept to a holding account for further distribution to investors and the account balance will be reset back to $5,000,000 for the month of September.

The next account reset is scheduled for 9/30/2010

Regards,

Belal K. Faruki
Portfolio Manager
Tel: +1-312-884-7604
Fax: +1-312-884-7617
Cell: +1-312-375-9040
Cell: +1-312-802-7767
Email: bfaruki@neuralmarkets.com
Email: bfaruki@bloomberg.net
Neural Markets, LLC

Neural Markets is a proprietary trading firm and only trades for its own account. Neural Markets does not manage investments for customers and does not have or solicit any managed account customers or other customers, nor does any officer, employee or owner of the firm. For furthur information regarding this disclaimer please contact Neural Markets by emailing legal@neuralmarkets.com


August, 2010
6.00%
4.00%
2.00%
0.00%
-2.00%
-4.00%
-6.00%
-8.00%
DOW JONES
S&P 500
NASDAQ
NEURAL EVOLUTION
August, 2010

# NEURAL MARKETS

*"The Science of Alpha"*

# Evolution Quantitative Series

September, 2010

# Evolution Series



Neural Markets is a proprietary trading, private equity fund specializing in quantitative behavioral analysis and trading of the listed securities.

The Evolution Series of funds specializes in the trading of only the most liquid ETFs listed on U.S exchanges and ECNs and seeks returns in excess of 50% annually.

Driving the Evolution Series of funds is a complex, proprietary trading model that generates outsized returns net of fees and commissions. This model is referred to as the "Phoenix Algorithms".

The Phoenix systems are based upon mathematical models that attempt to eliminate "noise" from the price behavior of the security being traded in an effort to isolate a fair value range.

When a Phoenix system identifies a price action that has occurred outside the "fair value range" it will attempt to either buy or short the security outside the range and close out the position once the price of the security trades back within the fair value range.

This style of trading is referred to as "mean reversion" trading.

**SHORT DURATION TRADES**
**NO OVERNIGHT POSITIONS**
**HUNDREDS OF TRADES PER DAY**
**HIGH WINNING PERCENTAGES**
**NOT AFFECTED BY NEWS**
**SECTOR AGNOSTIC**
**LONG/SHORT**
**NO HUMAN INTERVENTION**
**HIGHLY LIQUID**
**DYNAMIC AND SELF-ADJUSTING**
**MATHEMATICALLY WEIGHTED**

# Evolution Quantitative 1X



The Evolution Quantitative 1X fund is a fund that trades a basket of ETFs while utilizing 1X leverage.

This fund offers a low risk, low volatility trading program.

This fund was launched in March, 2009 and has returned in excess of 230% since inception.

The Evolution Quantitative 1X fund is benchmarked to the Bloomberg BAIF HF EQ STAT ARB index.






September, 2010

# Evolution Quantitative 4X



The Evolution Quantitative 4X fund is a fund that trades a basket of ETFs while utilizing 4X leverage.

This fund offers a medium to high risk, medium to high volatility trading program.

This fund was launched in September, 2010 is projected to return in excess of 200% annually.

The Evolution Quantitative 4X fund is benchmarked to the Bloomberg BAIF HF EQ STAT ARB index.

# Evolution Holdings



The Evolution funds are composed of a basket of ETFs listed on U.S exchanges and ECNs. The ETFs traded vary on a week by week basis. Currently the Evolution funds contain the following holdings based upon $5,000,000 of Assets Under management.

| | | ALLOC% | Evolution 1X | Evolution 4X |
|---|---|---|---|---|
| SPY | S&P Dep Receipts | 8.78% | $ 439,005 | $ 1,756,021 |
| TZA | Small Cap Bear 3x Shares | 7.81% | $ 390,586 | $ 1,562,343 |
| OIH | Oil Service HOLDRS | 7.01% | $ 350,445 | $ 1,401,781 |
| GLD | SPDR Gold Trust | 5.22% | $ 260,850 | $ 1,043,402 |
| BGU | Large Cap Bull 3x Shares | 4.88% | $ 243,916 | $ 975,665 |
| TNA | Small Cap Bull 3x Shares | 4.76% | $ 237,770 | $ 951,079 |
| SDS | UltraShort S&P 500 ProShares | 4.40% | $ 220,177 | $ 880,707 |
| FAS | Financial Bull 3x Shares | 4.10% | $ 205,250 | $ 820,998 |
| SPXU | ProShares UltraPro Sh S&P 500 | 3.99% | $ 199,636 | $ 798,545 |
| VXX | iPath S&P 500 VIX Short-Term | 3.99% | $ 199,479 | $ 797,918 |
| DIA | SPDR DJ Industrial Average ETF | 3.87% | $ 193,427 | $ 773,708 |
| SSO | ProShares Ultra S&P 500 | 3.74% | $ 186,779 | $ 747,115 |
| IWM | iShares Russell 2000 Index Tr | 3.71% | $ 185,587 | $ 742,348 |
| EWZ | iShares MSCI Brazil Index Fd | 3.43% | $ 171,632 | $ 686,528 |
| IVV | iShares S&P 500 Index Trust | 3.16% | $ 158,210 | $ 632,840 |
| QLD | ProShares Ultra QQQ Trust | 3.03% | $ 151,530 | $ 606,121 |
| FAZ | Financial Bear 3x Shares | 3.02% | $ 150,872 | $ 603,487 |
| FXI | iShares FTSE/Xinhua China 25 | 2.99% | $ 149,711 | $ 598,846 |
| LQD | iShares iBoxx $ InvesTop Inv | 2.90% | $ 144,913 | $ 579,654 |
| USO | United States Oil Fund LP | 2.82% | $ 141,056 | $ 564,225 |
| XRT | SPDR S&P Retail | 2.52% | $ 126,192 | $ 504,767 |
| IYR | iShares DJ US R/E Index Tr | 2.37% | $ 118,697 | $ 474,787 |
| QQQQ | PowerShares QQQ Trust Series 1 | 2.20% | $ 110,135 | $ 440,542 |
| MDY | S&P Midcap Dep Receipts | 2.14% | $ 107,094 | $ 428,374 |
| EFA | iShares MSCI EAFE Index Tr | 2.12% | $ 106,027 | $ 424,109 |
| BGZ | Large Cap Bear 3x Shares | 1.02% | $ 51,022 | $ 204,089 |

# ETF Descriptions



**Direxion Daily Large Cap Bull 3x Shares (BGU)**
The Large Cap Bull 3X Shares seeks daily investment results, before fees and expenses, of 300% of the price performance of the Russell 1000%AE Index ("Large Cap Index"). There is no guarantee the fund will meet its stated investment objective.

**Direxion Daily Large Cap Bear 3x Shares (BGZ)**
The Large Cap Bear 3X Shares seeks daily investment results, before fees and expenses, of 300% of the inverse (or opposite) of the price performance of the Russell 1000%AE Index (�Large Cap Index").

**SPDR Dow Jones Industrial Average ETF Trust (DIA)**
SPDR Dow Jones Industrial Average ETF seeks to provide investment results that, before expenses, generally correspond to the price and yield performance of the Dow Jones Industrial AverageSM (Ticker: DJITR).

**iShares MSCI EAFE Index (EFA)**
The iShares MSCI EAFE Index Fund seeks to provide investment results that correspond generally to the price and yield performance, before fees and expenses, of publicly traded securities in the European, Australasian and Far Eastern markets, as measured by the MSCI EAFE Index.

**iShares MSCI Brazil Index (EWZ)**
The iShares MSCI Brazil Index Fund seeks to provide investment results that correspond generally to the price and yield performance, before fees and expenses, of publicly traded securities in the Brazilian market, as measured by the MSCI Brazil Index.

**Direxion Daily Financial Bull 3x Shares (FAS)**
The Financial Bull 3X Shares seeks daily investment results, before fees and expenses, of 300% of the price performance of the Russell 1000%AE Financial Services Index ("Financial Index").

# ETF Descriptions



**Direxion Daily Financial Bear 3x Shares (FAZ)**
The Financial Bear 3X Shares seeks daily investment results, before fees and expenses, of 300% of the inverse (or opposite) of the price performance of the Russell 1000%AE Financial Services Index ("Financial Index").

**iShares FTSE/Xinhua China (FXI)**
The iShares FTSE/Xinhua China 25 Index Fund seeks investment results that correspond generally to the price and yield performance, before fees and expenses, of the FTSE/Xinhua China 25 Index.

**SPDR Gold Trust, SPDR Gold Shares (GLD)**
The objective of the SPDR%AE Gold Trust is for the Shares to reflect the performance of the price of gold bullion, less the Trust's expenses.

**iShares S&P 500 Index Fund (IVV)**
The iShares S&P 500 Index Fund seeks investment results that correspond generally to the price and yield performance, before fees and expenses, of U.S. large-cap stocks, as represented by the Standard & Poor's 500 Index.

**iShares Russell 2000 Index Fund (IWM)**
The iShares Russell 2000 Index Fund seeks investment results that correspond generally to the price and yield performance, before fees and expenses, of the small capitalization sector of the U.S. equity market as represented by the Russell 2000 Index. The index represents the approximately 2,000 smallest companies in the Russell 3000 Index.

**iShares DJ U.S. Real Estate (IYR)**
The iShares Dow Jones U.S. Real Estate Index Fund seeks investment results that correspond generally to the price and yield performance, before fees and expenses, to the performance of the real estate sector of the U.S. equity market, as represented by the Dow Jones U.S. Real Estate Index.

# ETF Descriptions



**iShares iBoxx $ Investment Grade Corporate Bond Fund (LQD)**
The iShares iBoxx $ Investment Grade Corporate Bond Fund seeks investment results that correspond generally to the price and yield performance, before fees and expenses, of the corporate bond market as defined by the iBoxx $ Liquid Investment Grade Index.

**SPDR S&P MidCap 400 ETF Trust (MDY)**
The SPDR® S&P MidCap 400 ETF, before expenses, seeks to generally correspond to the price and yield performance of the S&P MidCap 400 IndexTM. Our approach is designed to provide portfolios with low portfolio turnover, accurate tracking, and lower costs.

**Oil Service HOLDRs TR (OIH)**
The Oil Service HOLDRSSM Trust issues Depositary Receipts called Oil Service HOLDRSSM representing your undivided beneficial ownership in the fund.

**ProShares Ultra QQQ (QLD)**
ProShares Ultra QQQ seeks daily investment results, before fees and expenses, that correspond to twice (200%) the daily performance of the NASDAQ-100 Index®.

**PowerShares QQQ Trust, Series 1 (QQQQ)**
PowerShares QQQ�, formerly known as "QQQ" or the "NASDAQ- 100 Index Tracking Stock®", is an exchange-traded fund based on the Nasdaq -100 Index®. The Fund will, under most circumstances, consists of all of stocks in the Index. The Index includes 100 of the largest domestic and international nonfinancial companies listed on the Nasdaq Stock Market based on market capitalization. The portfolio is rebalanced quarterly and reconstituted annually.

# ETF Descriptions



**ProShares UltraShort S&P 500 (SDS)**
ProShares UltraShort S&P500 seeks daily investment results, before fees and expenses, that correspond to twice (200%) the inverse (opposite) of the daily performance of the S&P500® Index.

**ProShares UltraPro Short S&P 500 (SPXU)**
ProShares UltraPro Short S&P500 seeks daily investment results, before fees and expenses, that correspond to triple (300%) the inverse (opposite) of the daily performance of the S&P 500%AE.

**SPDR S&P 500 ETF Trust (SPY)**
The SPDR S&P 500 ETF represents ownership in the SPDR Trust Series 1, a unit investment trust established to accumulate and hold a portfolio of the equity securities that comprise the Standard & Poor's 500 Composite Stock Price Index. SPDRs seek investment results that, before expenses, generally correspond to the price and yield performance of the Standard & Poor's 500 Composite Stock Price Index. There is no assurance that the price and yield performance of the S&P 500 Index can be fully matched.

**ProShares Ultra S&P 500 (SSO)**
ProShares Ultra S&P500 seeks daily investment results, before fees and expenses, that correspond to twice (200%) the daily performance of the S&P 500%AE Index.

**Direxion Daily Small Cap Bull 3x Shares (TNA)**
The Small Cap Bull 3X Shares seeks daily investment results, before fees and expenses, of 300% of the price performance of the Russell 2000%AE. The Russell 2000%AE Index measures the performance of the small-cap segment of the U.S. equity universe and is comprised of the smallest 2000 companies in the Russell 3000%AE Index, representing approximately 8% of the total market capitalization of that index. It includes approximately 2000 of the smallest securities based on a combination of their market cap and current index membership. The companies included in the index have an average market capitalization of more than $541 million dollars and a median market capitalization of $383 million dollars as of January 29, 2010. One cannot invest directly in an Index. Index ("Small Cap Index")

# ETF Descriptions



**Direxion Daily Small Cap Bear 3x Shares (TZA)**
The Small Cap Bear 3X Shares seeks daily investment results, before fees and expenses, of 300% of the inverse (or opposite) of the price performance of the Russell 2000%AE ("Small Cap Index").

**United States Oil Fund, LP (USO)**
The investment objective of USO is for the changes in percentage terms of its units' net asset value ("NAV") to reflect the changes in percentage terms of the spot price of light, sweet crude oil delivered to Cushing, Oklahoma, as measured by the changes in the price of the futures contract for light, sweet crude oil traded on the New York Mercantile Exchange (the "NYMEX"), less USO's expenses.

**iPath S&P 500 VIX Short-Term Futures ETN due 1/30/2019 (VXX)**
The S&P 500 VIX Short-Term Futures� Index TR is designed to provide access to equity market volatility through CBOE Volatility Index%AE (the "VIX Index") futures. Specifically, the S&P 500 VIX Short-Term Futures� Index TR offers exposure to a daily rolling long position in the first and second month VIX futures contracts and reflects the implied volatility of the S&P 500%AE Index at various points along the volatility forward curve. The index futures roll continuously throughout each month from the first month VIX futures contract into the second month VIX futures contract.

**SPDR S&P Retail ETF (XRT)**
The SPDR S&P Retail ETF seeks to replicate as closely as possible, before expenses, the total return performance of the S&P Retail Select Industry® Index (ticker: SPSIRETR). Our approach is designed to produce portfolios with low portfolio turnover, accurate tracking, and lower costs.

**NEURAL MARKETS, LLC**
**INFORMATION@NEURALMARKETS.COM**
**(O) +1 312 884 7604**
**(F) +1 312 884 7617**