# EXHIBIT E

12/20/10 09:02

Date: 9/28/2010 (GMT-04:00)
09:17:56 *** BELAL FARUKI (NEURAL MARKETS LLC) has entered the room

09:18:09 BELAL FARUKI : TISH I DIDNT GET A FAX FROM YOU LAST NIGHT

09:18:09 *** MARC TISHFIELD (MILLENNIUM FIXED INC) has entered the room

09:18:12 BELAL FARUKI : did u send it

09:35:56 MARC TISHFIELD : coming this morning

09:43:50 BELAL FARUKI : ok

10:16:06 MARC TISHFIELD : u get fax?

10:16:23 BELAL FARUKI : yup faxing you back signed copy

10:16:30 BELAL FARUKI : emailing you back at yahoo

10:18:02 MARC TISHFIELD : how/when should i procced with wire?

10:21:38 BELAL FARUKI : you can send it to the wire instructions i emailed you yesterday

10:21:45 BELAL FARUKI : do you want me to resend to you?

10:22:56 MARC TISHFIELD : i havce it

10:23:08 MARC TISHFIELD : should i send now or wait for lacar guy to call

10:23:29 BELAL FARUKI : send it now. liccar will contact you once the money is in the trading account

13:38:30 BELAL FARUKI : wire not in yet, did u send it?

13:48:26 MARC TISHFIELD : sent his morning

13:48:33 MARC TISHFIELD : from JPM/chase

13:49:36 MARC TISHFIELD : it went out

13:49:55 MARC TISHFIELD : trn: 0777200271ES

13:58:16 BELAL FARUKI : ok

14:26:22 BELAL FARUKI : funds received - i should have the account at tradestation open either today or tomorrow and the funds will be wired in

14:26:26 BELAL FARUKI : thanks

16:06:19 MARC TISHFIELD : u get the wire?

16:19:06 BELAL FARUKI : yes i sent u a message earlier - funds received - i should have the account at tradestation open either today or tomorrow and the funds will be wired in

16:19:09 BELAL FARUKI : thanks

16:19:23 MARC TISHFIELD : today not such a good day?

16:19:38 BELAL FARUKI : got killed today

16:20:32 MARC TISHFIELD : what happened? it seems like the approach has never experienced the drawdowns it has

Copyright 2010 BLOOMBERG L.P.

this past month, in prior months

16:20:41 MARC TISHFIELD : anything change?

16:22:36 BELAL FARUKI : the basket of etfs changed in the middle of the month - were only trading etfs that are correlated to the equity indexes - so we lost diversification

16:22:53 BELAL FARUKI : i used to have the BRIC etfs, GLD, SLV, USO, UNG etc in the mox before

16:23:08 BELAL FARUKI : but since i have to adopt for 150K account for rick

16:23:15 BELAL FARUKI : i had to bring the mix down

16:23:24 MARC TISHFIELD : can you easiliy correct?

16:23:33 MARC TISHFIELD : how can a 150k account have such a big impact

16:23:46 BELAL FARUKI : i reduced the number of securites from 27 to 7

16:23:47 MARC TISHFIELD : if you are running a $5mil account- shouldn't that dominate?

16:24:00 BELAL FARUKI : so i am much less diversified

16:24:18 BELAL FARUKI : with a 1M or more account i can trade the entire basket as we used to do before

16:24:45 MARC TISHFIELD : but the simulation shows a $5 mil account - doesn't that include the entire basket?

16:25:25 BELAL FARUKI : no i changed the mix to track to the 150K account for rick's viewing

16:25:37 BELAL FARUKI : so that i could keep the accounts trading the same

16:26:27 BELAL FARUKI : i am going to re-run the models tonight and increase the mix of etf/etns for the 5m acct tonight

16:27:01 MARC TISHFIELD : what has the performance been on the $5 mil account you have been trading of your dough and yours partners dough?

16:27:07 MARC TISHFIELD : that is live, correct?

16:27:25 BELAL FARUKI : we are up an avg of 7% for this month\

16:27:32 BELAL FARUKI : thats with 3-4x leverage

16:27:34 MARC TISHFIELD : 1x or 4x?

16:27:43 MARC TISHFIELD : and did that suffer today and this past week?

16:27:45 BELAL FARUKI : and some futures and forex

16:27:54 BELAL FARUKI : i got clobbered today

16:28:07 MARC TISHFIELD : even in the $5 mil account?

16:28:12 MARC TISHFIELD : call me later - i am confused

16:28:15 BELAL FARUKI : across the board

16:28:29 MARC TISHFIELD : i had thought you just said the account got clobbered because you had reduced the number of etf's traded

Copyright 2010 BLOOMBERG L.P.

16:28:46 BELAL FARUKI : ill explain

16:28:47 MARC TISHFIELD : but, then the $5 mil account should not have suffered as it traded the full basket, no?

16:28:57 MARC TISHFIELD : after 7:30 best

16:29:23 BELAL FARUKI : ok. but in a nutshell the strategy as a whole did not do well today - no matter what mix of stocks i had

16:29:38 BELAL FARUKI : 5m simulation, 5m real, 150k everything

16:30:04 BELAL FARUKI : but the point i was making is that the 5m sim acct and the 150k account trade the same basket and they both suffered losses today

16:30:34 BELAL FARUKI : but no matter what the mix of stocks was the model did not work today at all

16:30:53 MARC TISHFIELD : ok

16:30:58 BELAL FARUKI : the winning percentile was < 50% today in all portfolios, personal, simulation and 150k

16:32:00 BELAL FARUKI : i will call you at 745PM your time and give you more detail

16:32:02 BELAL FARUKI : ok?

16:32:19 MARC TISHFIELD : ok

16:33:54 BELAL FARUKI : how did u do today

18:43:02 *** BELAL FARUKI (NEURAL MARKETS LLC) has left the room

00:42:33 *** MARC TISHFIELD (MILLENNIUM FIXED INC) has left the room

Copyright 2010 BLOOMBERG L.P.

pension funds, mutual funds, and other institutional traders to generate and execute orders automatically.

Algorithmic trading will be used for all investment strategy and decisions. The investment decisions and implementation will be automated to the extent where opening new positions and closing open positions for profit or loss will be computer driven.

For pricing and risk management, the Fund will use a proprietary pricing and risk management kernel. Pursuant to this plan, position turnover is expected to be high, with the Fund holding positions lasting from under a second to up to the close of the exchange trading session for the instruments being traded. Positions will be held beyond the close of the exchange trading session for a given trading day. Fund trading activity will at all times be strictly "intra-day trading" except under extra-ordinary conditions.

**THERE IS NO GUARANTEE THAT FUND'S INVESTMENT OBJECTIVES WILL BE MET. THERE ARE SUBSTANTIAL RISKS TO THIS INVESTMENT PROGRAM, INCLUDING THE LOSS OF ALL PRINCIPAL.**

Permitted Investments

The Fund is restricted to positions only in a limited class of investments. The Fund may:

a) Buy and Sell, Short and Cover listed securities on a regulated exchange or ECN.
b) Invest in short-term interest-bearing money market accounts.

Past Performance

As of the date of this Memorandum, the Fund has not yet commenced any investment activity. As a result, there is no past performance for the Fund on which the Investors can rely.

Reporting

Within seven (7) days after the end of each calendar month, the Fund will provide to each Interest Holder an un-audited statement of such Interest Holder's Capital Account and Allocation Layer NAVs.

Within thirty (30) days after the end of each calendar quarter, the Fund will provide to each Interest Holder an un-audited statement of such Interest Holder's Capital Account and Allocation Layer NAVs.

Within thirty (30) days after the end of each calendar year, the Fund will provide to each Interest Holder;

a) audited financial statements for the Fund for such year
b) a statement showing the capital appreciation or depreciation of the Fund, as the case may be, for such year
c) such Interest Holder's Capital Account, by Allocation Layer, and the

percentage interest thereof, as of the end of such year; and

d) such Interest Holder's Schedule K-1.

Fiscal Year — The fiscal year (the "Fiscal Year") of the Fund is the calendar year.

Accounting Matters — The Manager will outsource all accounting matters of the Fund including, Interest Holder's Capital Accounts and Allocation Layers, NAV calculations, fee calculations and other pertinent accounting matters to the Fund Administrator.

Financial audits will be performed on an annual basis by the Fund's Auditor.

Tax Considerations — The Fund expects to be treated as partnership for federal income tax purposes and, therefore, will not be subject to federal income tax. All items of the Fund's income, gain, deduction, loss and credit will pass through to its Interest Holders for federal income tax purposes, and Interest Holders will be subject to taxation as derived from the investment activities of the Fund, on their respective allocable shares of the Fund's income or gains (if any).

The federal income tax consequences of an investment in the Fund are complex and depend in part on the character of the different financial instruments in which it may directly or indirectly invest. Interest Holders should consult a tax advisor as to the tax consequences of this investment.

Risk Factors — An investment in the Fund involves a high degree of risk including the risk that the entire amount invested may be lost. For more information regarding the risks associated with investing in this fund please see *"Risk Disclosures"*.

Suitability To Invest Must Be Determined By Investors — The Interests are a specialized investment involving risk of loss, including the loss of the entire amount of capital invested. Prospective investors must determine, either on their own or with the assistance of advisors, whether it has the financial sophistication and expertise to evaluate the merits and risks of an investment in the Fund.

## OFFERING TERMS

| | |
|---|---|
| Qualified Investors | Interests may only be purchased by investors that qualify as "accredited investors," as defined under Regulation D of the Securities Act of 1933, as amended (the "Securities Act"). The Manager, in its sole discretion, may decline to accept the subscription of any investor. The Fund is limited to 100 investors at any time. |
| Capital Contributions | The minimum initial capital contribution for limited liability interests in the Fund (the "Interests") will be $100,000 (the "Minimum Investment"), and additional capital contributions, which can be made only with the written approval of the Manager, are expected to be in the same amount. The Manager may raise or lower these requirements from time to time and accept investments below the then-current minimum, in its discretion. |
| Continuous Offering Period, Maximum Amount of Offering | New Members may be admitted from time to time at the discretion of the Manager, though aggregate capital contributions at any time may not exceed $10,000,000 (the "Maximum Investment"). The Manager may suspend the offering of Interests from time to time or terminate the offering of Interests at any time at its discretion. |
| Use of Proceeds | The Fund will use the proceeds from the continuous sale of the Interests to invest in Permitted Investments as described by the *Investment Objective and Program* and to pay the Management Fee. During periods where the fund is not actively trading, the Manager expects to invest them in high-quality, short-term instruments, such as U.S. government securities or shares of "money market" mutual funds that earn competitive rates. |

## CAPITAL ACCOUNTS AND FEES

**Capital Accounts** A separate capital account ("Capital Account") will be established and maintained on the books of the Fund for each interest holder of the Fund (an "Interest Holder"). Each such Capital Account will consist of Allocation Layers. All capital contributions ("Capital Contributions") made by an Interest Holder to the Fund will be credited to such Interest Holder's Capital Account (and related Allocation Layers), and all capital redemptions and distributions from such Capital Account will be charged against such Capital Account (and Allocation Layers). Increases and decreases in the Net Asset Value (the "NAV") of the Fund will be credited or debited (as the case may be) among the Capital Accounts of all Interest Holders on the basis of the balance of each Allocation Layer within each Capital Account as of the end of each Accounting Period. The Management Fee and Performance Fee will be debited against each Capital Account (and Allocation Layers).

**Allocation Layers** Each Capital Account will be comprised of "Allocation Layers." The initial Allocation Layer within the Capital Account will be an amount equal to the initial Capital Contribution. A separate Allocation Layer will be established within each Capital Account for each additional Capital Contribution made by that Interest Holder to the Fund. Allocation Layers will be used primarily to enable the Fund to determine the Performance Fee and calculate the NAV of the Fund.

**Management Fee** The Manager is entitled to debit from the Interest Holder's Capital Account and related Allocation Layers a fixed management fee percentage based upon the net asset value (the "NAV") of the Capital Account and related Allocation Layers ("Management Fee") at the beginning and end of every calendar year..

Specifics relating to the amount of the Management Fee percentage, frequency of distribution and its calculation is defined in Exhibit "A" of this PPM.

**Performance Fee** The Manager is entitled to debit from the Interest Holder's Capital Account and related Allocation Layers a performance fee based upon the performance of the Fund ("Performance Fee") at the end of every Accounting Period, which, under regular circumstances, is expected to be a calendar month.

Specifics relating to the amount of the Performance Fee percentage, frequency of distribution and its calculation is defined in Exhibit "A" of this PPM.

## LIQUIDITY, DISTRIBUTIONS, REDEMPTIONS AND TRANSFERS

**Liquidity and Transfers**

The Fund has not registered or qualified the Interests for offer or sale under the Securities Act or the securities laws of any state or any other jurisdiction. The Fund is offering and selling the Interests by way of a "private placement" exempt from the registration requirements of the Securities Act and applicable state securities laws pursuant to Rule 506 of Regulation D and comparable state law exemptions. Investors may not transfer their Interests except in transactions that are exempt from, and not subject to, the registration requirements of the Securities Act and other applicable securities laws.

Investors who wish to transfer their Interests must also comply with the restrictions on and conditions applicable to transfer set forth in the Operating Agreement. Among other things, an investor may not transfer an Interest without the consent of the Manager, which the Manager may withhold in its sole discretion.

Interests will not be listed on any exchange, and no public or liquid market for Interests otherwise exists or is likely to develop.

Accordingly, an investor may not be able to liquidate its Interest in the event of a financial emergency or use its Interest as collateral for a loan. As a practical matter, an investor will be able to dispose of its Interest only through redemptions from its Capital Account.

**Distributions**

The Fund will not make Distributions as an ordinary course of business. Any distributions made will be pursuant to the Redemption process of the Fund.

**Redemptions**

An Interest Holder may withdraw all or any portion of its Capital Account by providing a written notice specifying the amount of the requested redemption.

The Fund will distribute to the Interest Holder the lesser of the redemption amount or the entire amount in such Interest Holder's Capital Account.

If the amount requested in the redemption notice is less than the entire Capital Account balance available on the effective date of the redemption and the Capital Account has two or more Allocation Layers, such amounts will be debited against the earliest created Allocation Layer and then against all subsequent Allocation Layers in the order of creation, until the redemption amount is satisfied. Further, if the redemption amount is less than the entire Capital Account balance available on the effective date of the redemption, the Manager may, in its sole discretion, effect the redemption of the entire remaining amount of the Interest Holder's Capital Account and remove the Interest Holder from the Fund's book of Capital Accounts.

The Manager may, in its sole discretion, effect the redemption of an Interest Holder from the Fund and remove the Interest Holder from the Fund's book of

Capital Accounts, by providing a written notice of termination, which will be treated as a notice of redemption, and the entire amount of such Interest Holder's Capital Account balance will be deemed to be withdrawn.

Specifics relating to the timing, schedule and process of Redemptions is defined in Exhibit "A" of this PPM.

Additionally Redemptions may be restricted by lock-up (the "Lock Up") provisions as defined in Exhibit "A" of this PPM.

# RISK DISCLOSURES

**AN INVESTMENT IN THE FUND IS SPECULATIVE AND INVOLVES A HIGH DEGREE OF RISK. POTENTIAL INVESTORS SHOULD CAREFULLY CONSIDER THE RISK FACTORS AND OTHER CONSIDERATIONS DESCRIBED IN THIS MEMORANDUM AS WELL AS ALL OTHER INFORMATION PROVIDED HEREIN.**

**THERE IS NO GUARANTEE THAT FUND'S INVESTMENT OBJECTIVES WILL BE MET. THERE ARE SUBSTANTIAL RISKS TO THIS INVESTMENT PROGRAM, INCLUDING THE LOSS OF ALL PRINCIPAL.**

**THE FUND'S INVESTMENT PROGRAM IS SPECULATIVE IN STRATEGY AND ENTAILS SUBSTANTIAL RISKS. THERE CAN BE NO ASSURANCE THAT THE INVESTMENT GOALS OF THE FUND WILL BE ACHIEVED TO ANY DEGREE, THAT THE VARIOUS INVESTMENT STRATEGIES UTILIZED WILL HAVE A POSITIVE RETURN, OR THAT THE EXPERIENCE OF THE FUND WILL INDEED HAVE A LOW CORRELATION WITH THE EQUITY MARKETPLACE. AN INVESTMENT IN THE FUND INVOLVES THE RISK OF A TOTAL LOSS OF SUCH INVESTMENT.**

**ADDITIONAL RISKS AND UNCERTAINTIES, INCLUDING THOSE GENERALLY AFFECTING THE MARKETS IN WHICH THE FUND OPERATES, MAY ALSO IMPAIR THE BUSINESS. ALL OF THE RISKS INHERENT TO START-UP PHASE BUSINESSES ARE PRESENT IN THIS SITUATION.**

**THE RISKS DESCRIBED BELOW ARE NOT THE ONLY ONES FACING THE FUND. ADDITIONAL RISKS NOT PRESENTLY KNOWN TO THE MANAGER OR THE FUND OR THAT THE MANAGER OR THE FUND CURRENTLY DEEMS IMMATERIAL MAY ALSO IMPAIR THE PERFORMANCE OF THE FUND. THUS, THE INCLUSION OF SPECIFIC SPECIAL CONSIDERATIONS AND RISK FACTORS IN THIS MEMORANDUM SHOULD NOT BE CONSTRUED TO IMPLY THAT THEY ARE DESCRIBED IN COMPLETE DETAIL OR THAT THERE ARE NOT OTHER SPECIAL CONSIDERATIONS OR RISK FACTORS THAT APPLY TO ANY INVESTMENT IN THE FUND**

No Operating History

The Fund was formed in September 2010, and has no operating history upon which investors can evaluate the expected performance of the Fund. Investors must therefore consider Fund prospects in light of the risk, expenses and difficulties encountered by early-stage companies generally, and, in particular, by the large number of companies like Fund who enter into the hedge fund business as a new venture. There can be no assurance that the Fund will ultimately succeed. Officers and employees of the Company, including the Manager, have limited experience with respect to hedge funds. The past performance of these officers and employees is not an indication of future success of the Fund.

**High Dependence on Key Individuals** Certain officers and employees of the Manager are or may, in the future, become critical to the Fund's success. Specifically the Manager of the Manager, is expected to be integral to the successful implementation of the Fund's investment strategy. The absence or unavailability of the Manager of the Manager due to death, disability or any other reason will have a material adverse effect on the ability of the Fund to successfully execute its investment strategy. In addition, other key officers and employees of the Manager may become unavailable. Neither the Fund nor the Manager has obtained, and has no plans to obtain, "key management" insurance policy on the Manager of the Manager or other key individuals. The operation of the Fund will in large part depend on the skills, judgment, and expertise of these key individuals. There can be no assurance that the Fund will succeed without these individuals

**Other Manager Interests with Respect to Other Businesses and Funds** The Manager may in the future become involved with managing other businesses related to quantitative trading and in ventures wholly unrelated to quantitative trading. The Manager is not required to spend any specific portion of its time and attention on the business of the Fund. There can be no assurance that the Manager will devote the necessary or reasonable time and attention to the business of the Fund and that it will not devote such time and attention to other businesses in such a way that would be detrimental to Fund performance.

**Other Manager of Manager Interests with Respect to Other Businesses and Funds** The Manager of the Manager may in the future become involved with managing other businesses related to quantitative trading and in ventures wholly unrelated to quantitative trading. The Manager is not required to spend any specific portion of his time and attention on the business of the Fund. There can be no assurance that the Manager will devote the necessary or reasonable time and attention to the business of the Fund and that he will not devote such time and attention to other businesses in such a way that would be detrimental to Fund performance.

**General Market Risks** All investments in securities and other financial instruments involve substantial risk of volatility arising from any number of general economic conditions that are beyond the control of the Fund, the Manager or the Manager of the Manager, such as: changing market sentiment; changes in industrial conditions, competition and technology; changes in inflation, exchange or interest rates: changing domestic or international economic or political conditions or events; changes in tax laws and governmental regulation; and changes in trade, fiscal, monetary or exchange control programs or policies of governments or their agencies. Changes such as these, as well as innumerable other factors, are often unpredictable and unforeseeable, rendering it difficult or impossible to predict or foresee future market movements. Unexpected volatility or illiquidity in the markets in which the Fund directly or indirectly holds positions could impair its ability to achieve its objective and cause it to incur losses. There can be no assurance that what is perceived as an investment opportunity at the time of trade inception will not, in fact, result in substantial losses as a result of one or

more of a variety of factors, including these general market condition risks. There can be no assurance that these general market risks will not create such securities market conditions that result in a change in volatility, liquidity or the disappearance of pricing inefficiencies of the underlyings in which the Fund is trading. Further, if a drastic change in a market condition causes a suspension of trading in an underlying market, it could be impossible for the Fund to initiate trades in derivatives based on that underlying market. Any of these events could have a material adverse effect on the Fund's ability to successfully execute its investment strategy.

**Clearing Intermediaries Will Hold Fund Assets**

The assets of the Fund are to be held at a approved prime broker, at the payment bank of these institutions and/or the custodial bank. Financial difficulty, bankruptcy or fraud at any one of these institutions may impair the Fund's operational capabilities or capital position. Further, acts of God, acts of government, acts of terror, or acts of war may destroy these assets, or make access thereto difficult or impossible, without warning. There can be no assurance that any of these risks could not cause significant losses to the Fund, including the entire loss of all such Fund assets

**High Turnover of Positions May Cause Rapid Changes in the Net Asset Value of the Fund**

The Fund will invest and trade in the Permitted Investments on a rapid basis. A large percentage of overall positions may be held for just a few minutes before being traded or flattened. As a result, the aggregate value of the Fund's of unrealized and realized positions may vary quickly. There can be no assurance that any of these rapid turnovers of positions could not cause significant losses to the Fund.

**Model Risks**

The Fund utilizes proprietary pricing and risk management models whose mathematical foundations are largely unknown and untested in the investment industry. The Manager has not utilized this model to a large-scale effect in a real-world environment. The models may falsely identify good investment opportunities when such opportunities are in fact bad. At the same time, the model may not identify a sufficient number of investment opportunities required to execute the Fund's investment strategy and may not be reliable if certain events cause market moves that are inconsistent with model assessments of market movements. There can be no assurance that the model utilized by the Manager will in fact produce any of the returns or return characteristics hoped for by the Manager. The Fund's methodology and model may prove unsuccessful in generating profits and avoiding losses. Failure to correct these issues on a timely basis may have a material adverse effect on the performance of the Fund.

**Risks of Suspensions of Trading or Interruptions in Market Data**

The Fund will invest and trade in the Permitted Investments. If the derivatives, or their referenced underlyings, or both, are suspended in trading, or interrupted in their transmissions of market data, the Fund may find itself in riskier long or short positions in Permitted Investments than would be

otherwise expected. If an underlying is suspended for trading during a period for which a Permitted Investment is scheduled to expire, the Fund may experience less than the expected gain, or, may experience more than the expected loss, than otherwise predicted. In particular, ETFs of non-equity underlyings, like for currencies or commodities, are new to the market, and may be more at risk for reported market data interruptions than ETFs for equity underlyings. This is because certain ETFs depend on reported market data for their underlying indexes to provide an updated valuation for the shares of the ETF. There can be no assurance that the suspensions of trading or interruptions in market data will not result in significant losses for the Fund.

**Risks of Lack of Diversification**

The Fund may concentrate its trading on a particular sector or asset class of derivatives. There are no restrictions on the Manager with respect to the diversification of the Fund. There can be no assurance that the lack of diversification will not result in significant losses for the Fund.

**Economic Trends and Industry Dynamics**

The global financial industry is, by its nature, risky and unpredictable, and is directly affected by many national and international factors that are beyond the control of its participants, including the Fund. The investment strategy of the Fund depends on the liquidity, flexibility, and availability of traders who have risk capital for hedging, speculating, arbitraging, and asset allocating. If these qualities are missing from the global financial industry, the Fund's ability to trade in order to execute its investment strategy will be materially and adversely affected.

**Intense Competition in the Financial Services Industry**

The financial services industry is highly competitive. The Fund's current and prospective competitors are numerous and include banks, brokerages, investment funds, and other private pools of capital. Many of our competitors and potential competitors have established expertise or business operations that the Fund lacks, or have greater financial resources than does the Fund. Such competition is likely to increase in the future. Competitive pressures may cause the Manager to re-evaluate the Fund's current business model and strategies. In addition, the Fund's competitors may respond more quickly to competitive pressures, develop strategies and products similar to the Fund's strategies and product, develop non-traditional alternative risk transfer products that compete with the Fund's products, price their products and services more competitively, adapt more quickly to new or emerging technologies and changes in client requirements, take greater advantage of acquisitions, alliances, and other opportunities, or more effectively market, promote, and sell their own proprietary products and services. In light of this, some investors in the Fund may withdraw their capital from the Fund to invest in Fund competitors, which could limit the capital available for execution of the Fund's investment strategy. Each of these events could have a material adverse effect on the Fund's performance.

**Un-invested Assets**

The Manager, from time to time, may invest Fund assets in high-quality, short-term instruments such as U.S. Treasury securities and shares in "money market" mutual funds because suitable investments in other types of Permitted Investments are not then available. It is not possible to determine or even estimate the degree to which the Fund's assets will be relatively "uninvested" from time to time, but the percentage of Fund assets invested in short-term instruments may be high from time to time. Because the Performance Allocation calculation is not based on a cumulative benchmark rate of return, there is no requirement that the Manager or the Fund compensate the Interest Holders for this period of relative "uninvestment."

**Many Trading Activities of the Fund Will Not Be Directly Overseen by Regulators**

Because the Fund will only be accepting persons from the United States who is "a qualified eligible person" or "an accredited investor" to make an investment, the Fund is deemed to be an "exempt" fund and is not required to register, and will likely not register, with the Commodity Futures Trading Commission, the Securities and Exchange Commission or local State regulatory bodies.

**Regulatory Environment Can Burden Operations**

In order to trade, the Fund will have one or more accounts at an approved prime broker operating in a regulatory environment that can impose high costs and burdens on the business. The prime broker is subject to the applicable laws, rules and regulations imposed upon them by state and federal regulatory and administrative organizations that have a broad mandate to investigate compliance with, and to punish non-compliance with, laws, rules and regulations, and to report any suspicions of non-compliance to state and federal regulatory and administrative organizations. The Fund is required to maintain the security and soundness of its operations and maintain proper records, accounting, and administrative infrastructure to continue operating under the current regulatory environment. There can be no assurance that the Fund will be able to do so in a way that meets changing regulatory requirements, and, even if it is so able, the costs of doing so could be significant, thereby incurring significant costs that may be detrimental to the Fund's returns.

**Possible Changes in Regulatory or Legal Environment**

State and federal regulatory and administrative organizations oversight over certain securities and securities-related derivatives on certain regulated markets may be revised by the United States Congress from year to year. There is no assurance that the United States Congress will in fact renew these regulators in their regulatory oversight capacities in expected ways. In addition, the laws of the United States may change in a more fundamental way. Specifically, the current legal framework under which the execution and clearing facilities for equities, futures and options and other derivatives are able to lawfully operate, or, under which the Fund is lawfully exempt from various registrations, may change. There can be no assurance that any change in the regulatory environment will not have a material adverse effect on the Fund or that the Fund will be able to adapt to these changes. Failure to do so could result in the

termination of the Fund.

**Registration Costs and Compliance Obligations of the Manager**

State and federal regulatory and administrative organizations oversight of the Fund extends to provisions of the anti-fraud and anti-manipulation provisions of various securities and exchange laws, and to provisions of company and capital raising laws in the United States. In addition, the Manager is likely to be subject to certain registration provisions of the Advisors Act if the SEC successfully appeals the recent Goldstein decision by the U.S. Court of Appeals, DC Circuit, if the aggregate assets under the management of the Fund exceed $25 million. Compliance with these rules and regulations may prove to be more time-consuming and expensive than the Manager presently contemplates. Such a distraction could adversely affect the performance of the Fund.

**Dispute and Litigation Risk**

The Fund is subject to substantial dispute risks. These risks include, among others, potential disputes over the terms of a trade, a system failure or delay that unfairly caused monetary losses to our clearing account. There can be no assurance that the Fund will be able to manage potential dispute risks and actual disputes in a way that do not cause significant losses to the Fund.

**Need to Protect Intellectual Property**

Both the Manager and the Manager of the Manager have non-exclusively licensed or assigned certain kinds of intellectual property to the Fund, including rights to use certain mathematical models for pricing and risk measurement. Although such licenses and assignments provide significant protection to the Fund, there is no assurance that the Fund (or the owner of such intellectual property) will be able to protect its non-exclusive use of this intellectual property. The failure to do so could have a material adverse effect on the performance of the Fund. Further, if the Fund were to terminate operations, each license or assignment of intellectual property to the Fund would be terminated, and the Fund's creditors or interest holders would not have any rights thereto.

**Intellectual Property Litigation Against Us Is Potentially Unlimited**

Recently, there has been a proliferation of so-called "business process" patents have been pending or awarded for certain business methods, computer procedures, and financial instruments utilized by software systems of trading funds. The Manager is unable to assess the extent that it or the Fund may be required in the future to obtain licenses with respect to patents held by others. Although the Manager believes that all presently known "business process" patents do not apply to the Fund, no assurance can be given that the Fund will not become subjected to unexpected litigation in the event that the holders of these patents seek to enforce claims against it, however frivolous or unwarranted. Litigation is expensive, and defending against claimant actions could have a material adverse effect on the Fund's ability to generate revenues or income. Further, if the Fund fails to obtain a favorable settlement against such claimant action, it may be required to redesign fundamental business

processes, products or services to avoid infringement, which could seriously drain Fund resources. There can be no assurance that the Fund would be able to redesign such processes, products or services, and the inability to do so could cause the Fund to go out of business. And, even if the Fund would prevail in such litigation, it may be unable to recover from the related legal costs and losses in business opportunity, which could cause the Fund to go out of business. In each of these cases, investors could lose their investments in the Fund.

**Intellectual Property Rights Are Potentially Limited**

The Fund has a numerous "business process" trade secrets that may be critical to its success. For intellectual property that is not a trade secret, the Fund primarily relies on patents, copyrights, service marks, trademarks, and contractual licensing to protect or enforce its intellectual property rights. Notwithstanding the precautions taken by the Fund to protect its intellectual property rights, it is possible that third parties may copy or otherwise obtain our trade secrets, proprietary technology, or operational advantages without authorization or otherwise infringe on the Fund's rights. If it becomes necessary to rely on litigation to defend the Fund's intellectual property rights, the legal costs can be considerable and could have a material adverse effect on the Fund. In addition, to the extent that the Fund's positions are indefensible, the failure to be able to enforce the proprietary nature of these intellectual property rights would likely have a material adverse effect on the Fund.

**Tax Risks**

The recognition of income, gains, or losses in any year for tax purposes may not correspond exactly to the economic performance of the Fund. Each Investor will be liable for taxes on its allocable share of the Fund's taxable income, whether or not the Fund makes any cash distributions. The investment decisions of the Manager are based on economic, not tax considerations, and could result, from time to time, in adverse tax consequences to Investors. There can be no assurance that the Fund's tax returns will not be audited by the IRS or by the states and that adjustments to such returns will not be made as a result of such an audit. If an audit results in an adjustment, Interest Holders may be required to file amended returns and to pay back taxes, plus interest, which would not be reimbursed through distributions by the Fund. In addition to these tax risks, an investment in the Fund involves a number of other material tax-related considerations. Potential investors should consult their tax advisors with respect to the tax considerations relating to an investment in the Fund.

**Absence of Investment Company Act Regulatory Oversight**

The Fund is not and will not be registered as an investment company under the Investment Company Act of 1940, as amended (the "1940 Act"), in reliance upon an exemption available to privately offered investment companies, and accordingly, the provisions of the 1940 Act intended to provide various protections to investors (which, among other things, require investment companies to have a majority of disinterested directors, provide limitations on leverage, limit transactions between investment companies and their affiliates,

require securities held in custody to at all times be individually segregated from the securities of any other person and marked to clearly identify such securities as the property of such investment company, and regulate the relationship between investment companies and their advisers) are not applicable. Furthermore, because the Interests are being privately offered under both federal and state securities laws and Interests may be purchased only by persons who are "accredited investors" as defined in Regulation D promulgated under the Securities Act, this Memorandum has not been filed with or reviewed by the SEC, the CFTC or any other federal or state regulatory authority and such authorities have not and will not pass on the content hereof, or upon the viability of an investment in the Fund.

**Inherent Risks in Fully Electronic Business Systems** There are risks of system downtime, security breach, or malfunction due to any of a variety of causes. There can be no assurance that these problems can be solved on a timely basis. The occurrence of any such events or the failure to solve such problems could have a material adverse economic impact on the Fund's performance business and could create significant losses that were not anticipated.

**Reliance on Technological Innovation** The success of the Fund will depend in part on the Manager's ability to keep pace with the rapid changes occurring in electronic communications and trading technologies and the new and improved devices and services that result from such changes. There can be no assurance that the Manager will be able to manage the technological change effectively, and its failure to do so could have a material adverse effect on the Fund's performance.

**Dependence on a Few Suppliers** The Fund is dependent on a few suppliers for private network connectivity services, hosting services, certain clearing processing, and other important elements necessary for the Fund to succeed. If external operating problems, technical problems, or financial problems, affect the business of one or more of those vendors, the Fund could be adversely affected if the Fund is unable to recognize the problem or replace such supplier in a timely manner.

**Need to Effectively Manage Growth** In order to execute the Fund's investment strategy, the Manager may need to hire additional personnel and acquire new customers, which may strain Fund resources. There can be no assurance that the Manager will be able to recruit and retain such personnel and customers or otherwise manage Fund growth effectively.

**Manager May Create New Funds After This Fund** The Manager may at any time create new funds that may invest securities that are based on either the same or other different underlyings or asset classes in which the Fund will invest. In addition, the Manager may at any time create new funds with different strategies or trading philosophies that could be potential competitors of the Fund, or even a potential counterparty of, certain transactions of the Fund. The Manager may have an economic interest in creating these new funds, and such funds may provide a more favorable

management fee, fund expense allocation, performance allocation or other compensation than those that are to be provided by the Fund. Although investors will have the right to convert their holdings in the Fund to holdings in any other fund under the management of the Manager, without penalty, the legal rights and obligations of the other funds may not be as beneficial as those in the Fund, and the existence of such other funds could create a conflict of interest for the Manager, which could have a material adverse effect on the Fund.

**Limited Redemption and Transfer Opportunities**

An investment in the Fund is of limited liquidity due to a limitation of redemptions and transfers of Interests. Redemptions may only be made in compliance with this PPM and attached Exhibit "A". Further, the Interests are not registered under the Securities Act and, therefore, under the securities laws, cannot be sold unless they are subsequently registered under the Securities Act or an exemption from such registration is available. It is not contemplated that such registration will be effected. In addition, all Interests are subject to the restrictions on transfer contained in the Operating Agreement. Generally, Interests may not be assigned, pledged or transferred (each, a "Transfer") without the prior written consent of the Manager, which consent may be withheld in the Manager's sole discretion. Due to such limited redemption and transfer provisions, investors must be prepared to bear the economic risk of an investment in the Fund for an indefinite period.

**Uncertainly with Respect to Redemption Amount**

To the extent that an Interest Holder seeks to effect a redemption pursuant to the terms of this PPM and attached Exhibit "A", there will be a period of time between the date such Interest Holder submits a redemption request and the effective date of such redemption. Investors whose redemption requests in respect of any particular redemption date are accepted will bear the risk that the value of its interest in the Fund may increase overall, fluctuate significantly, or decline overall, during that period. Accordingly, Investors may receive greater or lesser redemption proceeds than what was anticipated at the time the redemption notice was first submitted. An investment in the Fund is therefore suitable only for certain sophisticated investors that can bear the risks associated with the limited approximations by which redemption amounts can be specified.

**Substantial Redemptions May Impact Fund Performance**

Though redemptions are subject to restrictions in this PPM and attached Exhibit "A", substantial redemption requests by Interest Holders in a given period of time could require the Fund to abandon making future investments and may force the Manager to lower return targets to levels more appropriate to a smaller asset base. This could negatively impact the value of the Interests being redeemed and the Interests that remain outstanding. Further, because Interest Holders will not receive notification of any redemption requests, Interest Holders may not have the opportunity to withdraw their Interests (or portions thereof) prior to or at the same time as the withdrawing Interest

Holders. Therefore, the Interests of any non-withdrawing Interest Holders could be materially and adversely impacted by the redemptions of others, without knowledge thereof.

**Risk of Early Fund Dissolution**

The Manager has the unilateral power to dissolve the Fund at any time. Accordingly, investors could be denied the ability to receive the proceeds from any future transactions that do not occur due to such dissolution irrespective of Management Fees and Performance Fees paid by such investors. Further, because the dissolution determination can be made at any time, there is no assurance that, at the point of such dissolution, there will be any returns or capital available for distribution to Interest Holders.

**Costs Relating to Investing in the Fund**

Investors bear a Management Fee and a Performance Fee. In the aggregate, these fees can be substantial and adversely affect the value of any investment in the Fund. Management Fee amounts are paid regardless of the performance of the Fund. Because such amounts reduce the balance of an Interest Holder's Capital Account and related Allocation Layers, such amounts reduce the amount available for investment by the Fund, thereby reducing the return of the Fund to investors. Further, such amounts reduce the amount to which an Interest Holder will be entitled upon a redemption of such Interest Holder's Interest. In addition, in the aggregate, these fees may be higher than those associated with comparable investment vehicles.

**Calculation of Performance Fee by Accounting Period**

Because the calculation of the Performance Fee is based strictly upon the Fund's performance in a particular Accounting Period, and because an Accounting Period is anticipated customarily to last only one calendar month, there is a substantial risk that an Interest Holder will be required to pay Performance Fees in some profitable Accounting Periods, even though other Accounting Periods might generate losses. If an Interest Holder were to be subjected to Accounting Periods that were longer term than one calendar month, the Performance Fee would be based on a more cumulative, overall performance that would be less subject to rewarding consecutive Accounting Period volatility.

**Investors Have No Participation, Oversight, or Voting Rights over Fund Activities**

Under the Operating Agreement, the Manager has unilateral powers of direction and control over the permitted trading, operational, and administrative activities of the Fund. In general, investors have very limited, if any, powers or rights of participation, oversight, or voting over these activities. Further, investors have no powers or rights to review previous, current, or future investment decisions in any detailed form. Subjective decisions made by the Manager may cause the Fund to incur losses or to miss profit opportunities on which it may otherwise have capitalized. Nonetheless, investors have no powers or rights to review any specific investment, contract, transaction, or agreement that the Fund may undertake, or may have already undertaken. As a result, a potential investor should consider an Investment in the Fund solely as

an economic interest in the net profit and losses of the Fund, rather than an investment with any managerial or voting rights.

**The Manager Pays No Management Fee or Performance Fee**

If the Manager invests capital in the Fund, the Manager does not pay any Management Fee or Performance Fee with respect thereto. As a result, the Capital Account of the Manager is expected to yield a better net return on profitable Fund investments when compared to the Capital Accounts of other investors.

**The Manager of the Manager Pays No Management Fee or Performance Fee**

If the Manager of the Manager invests capital in the Fund, the Manager of the Manager does not pay any Management Fee or Performance Fee with respect thereto. As a result, the Capital Account of the Manager of the Manager is expected to yield a better net return on profitable Fund investments when compared to the Capital Accounts of other investors.

**Special Considerations Applicable to the Continuous Offering of Interests**

The Fund generally offers Interests, and accepts additional investments, on a continuous basis as determined by the Manager in its sole discretion, so long as the original capital contributions of such Interests do not cumulatively exceed the Maximum Investment. To the extent a separate Accounting Period is not generated, additional purchases of Interests could dilute the indirect interests of existing Interest Holders in the Fund's investment portfolio prior to any such purchase, which could have an adverse impact on the existing Interest Holder's interest in the Fund if future Fund investments underperform its prior investments. In addition, Interests acquired following the initial offering of Interests represent interests in an operating fund which may have significant open positions. Since these Interests will share in open positions which may have been held for some period of time prior to the acceptance of additional investments, the application of the Manager's trading approach to such positions may have a qualitatively different effect on the performance of the additional Interests than it does on the performance of previously issued Interests. For example, a number of trading approaches may become more aggressive in terms of willingness to tolerate losses in a position and may increase the size of a position after an open trade has generated a substantial profit because subsequent losses (up to a certain level) may be perceived as being only a partial give-back of prior profits, and not as an actual loss. As purchasers of Interests in the continuous offering will not have received the benefit of any profits on open positions prior to the date on which they purchase the Interests, subsequent losses will constitute an absolute loss to such Interest Holders, not a partial giveback of profits. In addition, certain trading approaches may follow profit-taking strategies whereby they will liquidate or partially liquidate a position after it has generated a predetermined amount of profit. Since the new Interests will not have had the benefit of any such profit prior to the date on which they were issued, Interest Holders holding such Interests may find themselves liquidated out of a position (which may have continued to generate substantial profits) due to the Manager's

"taking profits," none of which had inured to their benefit.

**Allocations Due From Separate Allocation Layers May Be Different**

Since the Performance Fee will generally be determined separately with respect to each Allocation Layer within each Capital Account, an Interest Holder that has more than one Allocation Layer maintained in respect of its investment in the Fund may at times be charged an Performance Fee in respect of one such allocation layer for a measurement period even though its overall investment in the Fund depreciated during such period.

**Manager's Discretion in Closing Present Offering**

The Manager can determine when to close the present offering at any time, and there is no obligation by the Manager to continue an offering to benefit any prospective investor or existing Interest Holder of the Fund. The Manager has the legal right to declare the closing of the Offering at any time, without any notice to any Person.

**Exculpation and Indemnification**

The Operating Agreement provides that the Manager and the Manager of the Manager and certain affiliates of both will not be liable to the Fund or any Fund investor for any action or failure to act which is not in violation of the provisions of the Operating Agreement, or for any action or failure to act as except where such an act or failure to act constitutes willful misconduct, gross negligence, fraud, or bad faith of such Person who is sought to be held liable. Further, the Fund and each Interest Holder will indemnify the Company and the Manager and certain of their affiliates to the fullest extent permitted by the Operating Agreement and by the law, from and against any loss, damage, liability (including, without limitation, tax liabilities, and interest and penalties associated therewith), cost or expense (including attorneys' fees and expenses in connection therewith and amounts paid in settlement thereof) to which any such person may directly or indirectly become subject arising out of or in connection with the Fund or in connection with any Permitted Investment of the Fund but only to the extent that such person (i) did not act in fraud or bad faith, (ii) was not grossly negligent, and (iii) did not engage in willful misconduct.

The foregoing provisions (as well as the related provisions in the Operating Agreement) could make it difficult for the Fund or an Interest Holder to recover funds from the Manager and the Manager of the Manager or one of their respective affiliates in the event that such Interest Holder believes that the Manager or the Manager of the Manager or such an affiliate has breached a duty to the Fund.

**Amendment of the Operating Agreement**

The Manager of the Manager may amend certain provisions of the Operating Agreement from time to time without the approval of the Members. See the Operating Agreement for details of the Manager of the Manager's latitude in amending the Operating Agreement, which could adversely affect the position or rights of an Interest Holder.

| | |
|---|---|
| Redemptions by the Manager | The Manager may make redemptions from its Capital Account at any time, without notice to the Interest Holders. The Interest Holders have no right, power or authority to remove or expel the Manager or cause the Manager to withdraw from the Fund, except to the extent that such right, power or authority may be conferred on them by law. |
| Redemptions by the Manager of the Manager | The Manager of the Manager may make redemptions from its Capital Account at any time, without notice to the Interest Holders. The Interest Holders have no right, power or authority to remove or expel the Manager of the Manager or cause the Manager of the Manager to withdraw from the Fund, except to the extent that such right, power or authority may be conferred on them by law. |

IN WITNESS WHEREOF, the parties hereto have read and understood the Neural Markets, LLC, Confidential Private Placement Memorandum for The Evolution Quantitative 1X Fund executed as of the date first below written

[signature]

SIGNATURE

Marc Tishfield

PRINTED NAME

9/8/10

DATE

IN WITNESS WHEREOF, the parties hereto have read and understood the RISK DISCLOUSRE section of the Neural Markets, LLC, Confidential Private Placement Memorandum for The Evolution Quantitative 1X Fund executed as of the date first below written.

[signature]

SIGNATURE

Marc Tishfield

PRINTED NAME

9/8/10

DATE

EXHIBIT "A"

TO THE NEURAL MARKETS PRIVATE PLACEMENT MEMORANDUM

FOR THE EVOLUTION QUANTITATIVE 1X FUND DATED SEPTEMBER 1, 2010

| | |
|---|---|
| Leverage | This fund will, as an ordinary course of trading and investing in the Permitted Investments, employ; <br><br> 1X times leverage, not to exceed 2X times leverage except under extra-ordinary circumstances or circumstances that are out of the control of the Manager. |
| Accounting Period | Monthly |
| Reporting Frequency | Monthly, un-audited and Quarterly/Annually audited. |
| Redemption frequency | An Interest Holder may submit a redemption request <br><br> 1 time/s per X Month, ___ Quarter, ___ Year |
| Redemption Notification Period | An Interest Holder must provide the Fund with a <br><br> 30 day redemption notification period. <br><br> Upon the expiration of the Redemption Notification Period the Fund will tender the Redemption Amount to the Interest Holder within seven business days. |

Initials: [signature]

Lock-Up The Interest Holder grants the Manager the right to restrict the Interest Holder from redemptions of the Interest Holder's .

✓ Initial Capital Contribution, ___ Entire Capital Account for a period of 36 Accounting Periods.

The Fund grants the Interest Holder the right to restrict the Fund from redeeming the Interest Holder's .

✓ Initial Capital Contribution, ___ Entire Capital Account for a period of 36 Accounting Periods.

WITNESS WHEREOF, the parties hereto have read and understood Exhibit "A" to the Neural kets Private Placement Memorandum for the Evolution Quantitative 1X Fund dated September 1, ) executed as of the date first below written.

[signature]

NATURE

Marc Tishfeld

NTED NAME

9/4/10

DATE

**EXHIBIT "B" FORM SUBSCRIPTION AGREEMENT**

**TO THE NEURAL MARKETS PRIVATE PLACEMENT MEMORANDUM**

**FOR THE EVOLUTION QUANTITATIVE 1X FUND DATED SEPTEMBER 1, 2010**

1. **Subscription.** The undersigned (the "Subscriber") hereby tenders this subscription and applies to purchase Non-Equity Non-Voting Membership Units ("Membership Units") of the Evolution Quantitative 1X Fund (the "Fund") of the Neural Markets, LLC, a Delaware limited liability company (the "Company"), at $100,000 / Evolution Quantitative 1X Membership Unit, and further sets forth statements upon which Company may rely to determine the suitability of the Subscriber to purchase the Units. Unless otherwise specifically stated, reference to "Securities" shall mean the Evolution Quantitative 1X Membership Units. Unless otherwise defined herein, capitalized terms used herein have the respective meanings assigned to them in the Confidential Private Placement Memorandum Dated September 1, 2010, amended or supplemented through the date hereof in connection with an offering of Evolution Quantitative 1X Membership Units of the Fund (the "Memorandum"). The Subscriber understands that the purchase price for the Securities for which the Subscriber subscribes is payable in full upon subscription. Interest will not be earned on subscriptions.

2. **Representations and Understandings.** The Subscriber hereby makes the following representations, warranties and agreements and confirms the following understandings **[PLEASE READ, COMPLETE AND INITIAL ALL APPLICABLE SUBPARAGRAPHS WHERE INDICATED]**:

(i) The Subscriber understands and acknowledges as follows:

(a) *No Registration or Qualification of the Securities*; No Regulatory Endorsements. That the Securities have not been registered under the Securities Act of 1933, as amended (the "Securities Act"), or qualified under any state securities law or under the laws of any other jurisdiction, in reliance, in part, on the representations, warranties and agreements of the Subscriber set forth herein; Subscriber understands that no Federal or state agency has recommended or endorsed the purchase of the Securities or passed upon the adequacy or accuracy of the information set forth in the Memorandum (including the Exhibits thereto).

(b) *No Obligation to Register or Qualify the Securities.* That the Company is under no obligation to register or qualify the Securities under the Securities Act or under any state securities laws, or to assist the Subscriber in complying with any exemption from registration and/or qualification;

(c) *Legend.* That, except in those jurisdictions where a legend is NOT required to be placed on the certificates a legend will be placed on any certificate or other document evidencing the Securities which will state as follows:

**"THE SECURITY WHICH IS THE SUBJECT OF THIS AGREEMENT HAS NOT BEEN REGISTERED WITH THE SECURITIES AND EXCHANGE COMMISSION UNDER THE SECURITIES ACT OF 1933, AS AMENDED (THE "SECURITIES ACT"), IN RELIANCE UPON THE EXEMPTION FROM REGISTRATION PROVIDED BY RULE 504 PROMULGATED W4DER THE SECURITIES ACT, AND THIS SECURITY HAS NOT BEEN REGISTERED OR QUALIFIED UNDER THE STATE SECURITIES LAWS OF ANY RELEVANT JURISDICTION IN WHICH THIS SECURITY HAS BEEN OFFERED AND SOLD PURSUANT TO AN APPLICABLE EXEMPTION THEREFROM. IT IS UNLAWFUL TO CONSUMMATE A SALE OR TRANSFER OF THIS SECURITY WITHOUT PROVIDING THE COMPANY WITH AN**

**OPINION OF COUNSEL TO THE EFFECT THAT A PROPOSED TRANSFER OR SALE OF THIS SECURITY (i) DOES NOT AFFECT THE ORIGINAL ISSUANCE AND SALE OF SECURITIES IN THE COMPANY PURSUANT TO THE EXEMPTIONS FROM REGISTRATION PROVIDED BY RULE 504 UNDER THE SECURITIES ACT AND PURSUANT TO ANY APPLICABLE STATE EXEMPTION FROM REGISTRATION AND QUALIFICATION RELIED UPON BY THE COMPANY AND (ii) IS IN COMPLIANCE WITH ALL APPLICABLE STATE OR FEDERAL SECURITIES LAWS.";** and

(d) *Notation in Company's Records*. That a notation in the appropriate records of the Company will be made with respect to any restrictions on transfer of the Securities pursuant to Paragraph 2(i)(c) above.

(ii) *Investment Intent*. The Subscriber is purchasing the Securities for investment purposes for Subscriber's own account only and not with a view to — or for sale in connection with — any distribution of all or any part of the Securities;

(iii) *No Advertising*. The Subscriber has not seen, received, been presented with or been solicited by any leaflet, public promotional meeting, newspaper or magazine article or advertisement, radio or television advertisement, or any other form of advertising or general solicitation with respect to the offer or sale of the Securities;

(iv) *Receipt and Review of Memorandum; Opportunity to Question Company Representatives and Obtain Additional Information*. The Subscriber has received a copy of the Memorandum, has reviewed it carefully and has had an opportunity to question representatives of the Company and to obtain such additional information concerning the Company and the Offering as it has requested;

(v) *Evaluation of Risks; Adequate Financial Resources*. The Subscriber has evaluated the risks of its investment in the Company, including those risks particularly described in the Memorandum under the Section thereof entitled "RISK FACTORS." The Subscriber has adequate financial resources for an investment of this character and is financially able to bear the risk of its investment in the Company, including the total loss thereof In evaluating such investment, the Subscriber has consulted with its own investment and/or legal and/or tax advisor to the extent that Subscriber deems such consultation necessary or helpful;

(vi) *Pre-existing Relationship or Experience*. (i) The Subscriber has a preexisting personal or business relationship with the Company, or one or more of its control persons Belal K. Faruki (including, for purposes hereof, any relationship consisting of personal or business contacts of a nature and duration such as would enable a reasonably prudent purchaser to be aware of the character, business acumen and general business and financial circumstances of the person with whom such relationship exists), as follows: **[PLEASE DESCRIBE IN REASONABLE DETAIL ANY SUCH PREEXISTING PERSONAL OR BUSINESS RELATIONSHIP]**:

____________________________________________________ or (ii) by reason of Subscriber's business or financial experience, or by reason of the business or financial experience of Subscriber's financial advisor who is unaffiliated with and who is not compensated, directly or indirectly, by the Company or any affiliate or selling agent of the Company ('Purchaser Representative"), the Subscriber is capable of evaluating the risks and merits of an investment in the Company and of protecting Subscriber's own interests in connection with this investment, as follows: **[PLEASE DESCRIBE IN REASONABLE DETAIL ANY SUCH BUSINESS OR FINANCIAL EXERIENCE OF SUBSCRIBER OR OF THE PURCHASER REPRESENTATIVE]** :

__________________________________________________________