# EXHIBIT F

4

12/09/10 09:42

Date: 10/18/2010 (GMT-04:00)
08:05:33 *** BELAL FARUKI (NEURAL MARKETS LLC) has entered the room

08:05:38 BELAL FARUKI : morning

08:05:38 *** MARC TISHFIELD (MILLENNIUM FIXED INC) has entered the room

08:06:19 MARC TISHFIELD : hey

08:06:34 BELAL FARUKI : were going live today

08:07:18 MARC TISHFIELD : great - everything is in place so there will be no limitations or issues which will cause performance to suffer?

08:07:37 BELAL FARUKI : locates are in place

08:07:42 BELAL FARUKI : should be smooth trading today

08:07:53 MARC TISHFIELD : no reject issues, etc..

08:07:54 MARC TISHFIELD : ?

08:07:59 BELAL FARUKI : doubt it

08:08:02 MARC TISHFIELD : k

08:08:22 BELAL FARUKI : ill ping u during the day if anything strange happens but i dont expect it

08:13:26 MARC TISHFIELD : ok, liccar going to call and set me up with access to view and confirm investmetn , etc.?

08:21:32 BELAL FARUKI : yes

08:42:10 *** BELAL FARUKI (NEURAL MARKETS LLC) has left the room

12:51:26 MARC TISHFIELD : everything working as expected so far?

12:51:26 *** BELAL FARUKI (NEURAL MARKETS LLC) has entered the room

13:00:35 BELAL FARUKI : 55 trades, 69.09% profitable, 75900 shares traded, up 30 bps

13:00:41 BELAL FARUKI : working as expected

13:02:29 MARC TISHFIELD : nice

13:14:48 BELAL FARUKI : 58 trades, 70.69 profitable, 97300 shares traded, up 40 bps

13:15:00 BELAL FARUKI : tracking closely to the simulated porfolio

15:03:00 *** BELAL FARUKI (NEURAL MARKETS LLC) has left the room

23:37:15 *** MARC TISHFIELD (MILLENNIUM FIXED INC) has left the room

Copyright 2010 BLOOMBERG L.P.

12/09/10 09:40

Date: 11/ 2/2010 (GMT-04:00)
11:48:53 *** BELAL FARUKI (NEURAL MARKETS LLC) has entered the room

11:48:59 BELAL FARUKI : TISH WERE UP 1.8% TODAY

11:48:59 *** MARC TISHFIELD (MILLENNIUM FIXED INC) has entered the room

11:49:21 MARC TISHFIELD : awesome

11:49:42 BELAL FARUKI : IM GIVING YOU REALTIME UPDATES WHEN WE ARE UP

11:52:40 MARC TISHFIELD : like all traders!!

11:52:44 BELAL FARUKI : HAHA

12:05:15 *** BELAL FARUKI (NEURAL MARKETS LLC) has left the room

15:26:19 *** MARC TISHFIELD (MILLENNIUM FIXED INC) has left the room

Copyright 2010 BLOOMBERG L.P.

12/09/10 09:40

Date: 11/ 2/2010 (GMT-04:00)
15:26:12 *** BELAL FARUKI (NEURAL MARKETS LLC) has entered the room

15:26:19 BELAL FARUKI : UP 2.3% SO FAR

15:26:19 *** MARC TISHFIELD (MILLENNIUM FIXED INC) has entered the room

15:33:11 *** BELAL FARUKI (NEURAL MARKETS LLC) has left the room

22:44:21 *** MARC TISHFIELD (MILLENNIUM FIXED INC) has left the room

Copyright 2010 BLOOMBERG L.P.

12/09/10 09:40

Date: 11/ 3/2010 (GMT-04:00)
11:20:21 *** BELAL FARUKI (NEURAL MARKETS LLC) has entered the room

11:20:36 BELAL FARUKI : up 92 bps

11:20:36 *** MARC TISHFIELD (MILLENNIUM FIXED INC) has entered the room

11:21:34 MARC TISHFIELD : cool - going to be fireworks at 2:15

11:21:41 BELAL FARUKI : can i call you

11:21:45 BELAL FARUKI : i have some questions

11:22:45 BELAL FARUKI : about the effects of 215

11:23:01 MARC TISHFIELD : sure - give me a few

11:23:12 BELAL FARUKI : ok call me at 312-884-7604 when u can

11:23:48 MARC TISHFIELD : sent u my thoughts on today

11:23:51 MARC TISHFIELD : bberg

11:24:55 BELAL FARUKI : if the fed comes out with > 500B what would the efftec be on the USD?

11:24:59 BELAL FARUKI : weaken?

11:25:10 BELAL FARUKI : or if < 500B stronger dollar

11:25:11 BELAL FARUKI : ?

11:26:51 MARC TISHFIELD : most likely but composition matters too

11:26:58 MARC TISHFIELD : but we might not loearn that today

11:27:10 BELAL FARUKI : call when u can

11:27:14 BELAL FARUKI : i need a few minutes

11:27:14 MARC TISHFIELD : >500 $ dn

11:27:22 MARC TISHFIELD : and vice versa as first reaction

11:51:11 *** BELAL FARUKI (NEURAL MARKETS LLC) has left the room

16:24:37 MARC TISHFIELD : how u make out?

16:24:37 *** BELAL FARUKI (NEURAL MARKETS LLC) has entered the room

16:24:43 MARC TISHFIELD : bond market was nuts

16:39:14 BELAL FARUKI : down but not too much

16:39:48 BELAL FARUKI : made 72 bps on stocks but lost on futures

16:39:59 MARC TISHFIELD : what happened? i thought u had said was up almost 1 % - volatility after fed wasn't good?

16:40:08 MARC TISHFIELD : mkt went down then came back?

16:40:18 BELAL FARUKI : ill call u

Copyright 2010 BLOOMBERG L.P.

# EXHIBIT G

12/09/10 09:38

Date: 11/ 8/2010 (GMT-05:00)
08:53:45 *** BELAL FARUKI (NEURAL MARKETS LLC) has entered the room

08:53:48 BELAL FARUKI : tish

08:53:48 *** MARC TISHFIELD (MILLENNIUM FIXED INC) has entered the room

08:59:04 MARC TISHFIELD : hey

08:59:26 BELAL FARUKI : i need to talk to you before taing to joe murphy

09:00:58 MARC TISHFIELD : ur problem get resolved?

09:02:37 *** MARC TISHFIELD (MILLENNIUM FIXED INC) has left the room

09:02:40 BELAL FARUKI : no not yet

09:02:41 *** MARC TISHFIELD (MILLENNIUM FIXED INC) has entered the room

09:03:06 MARC TISHFIELD : what are they telling you? how can it not be resolved when the mkt has re-opened

09:03:14 BELAL FARUKI : i would like to figure out if we can trade directly with rjo and use the tradestation software with them since tradestation clears their futures trades thru rjo

09:03:37 BELAL FARUKI : risk/compliance are looking at it on the error is in our favor 300K

09:03:47 BELAL FARUKI : they are losing 179k on the error

09:12:50 *** BELAL FARUKI (NEURAL MARKETS LLC) has left the room

11:10:38 MARC TISHFIELD : give a call 212 708 4634

11:10:38 *** BELAL FARUKI (NEURAL MARKETS LLC) has entered the room

11:13:47 BELAL FARUKI : answer the phone

11:22:09 *** BELAL FARUKI (NEURAL MARKETS LLC) has left the room

12:28:29 MARC TISHFIELD : u read email with joe?

12:28:29 *** BELAL FARUKI (NEURAL MARKETS LLC) has entered the room

12:29:10 BELAL FARUKI : i already spoke to him

12:33:55 MARC TISHFIELD : how did it go?

12:36:51 BELAL FARUKI : good ill catch u up later

12:37:05 MARC TISHFIELD : k

14:38:22 *** BELAL FARUKI (NEURAL MARKETS LLC) has left the room

22:43:07 *** MARC TISHFIELD (MILLENNIUM FIXED INC) has left the room

Copyright 2010 BLOOMBERG L.P.

Date: 11/ 9/2010 (GMT-05:00)
08:31:36 *** MARC TISHFIELD (MILLENNIUM FIXED INC) has entered the room

08:31:42 MARC TISHFIELD : this thing put to bed?

08:31:43 *** BELAL FARUKI (NEURAL MARKETS LLC) has entered the room

08:38:29 BELAL FARUKI : they said that they would get us a response by end of business today

08:39:14 MARC TISHFIELD : cool

08:40:15 BELAL FARUKI : i forwarded two emails to you giving some detail as to what happened

08:42:00 MARC TISHFIELD : k

08:42:09 MARC TISHFIELD : u think it gets resolved favorably?

08:42:21 MARC TISHFIELD : u get anywhere with joe murphy?

08:42:27 BELAL FARUKI : it better otherwise i have no choice but to get the nfa involved

08:42:48 BELAL FARUKI : its a 150K error on thier part

08:43:38 MARC TISHFIELD : k

08:51:15 BELAL FARUKI : did you see the emails

08:51:22 BELAL FARUKI : i sent it to your yahoo account

08:51:40 MARC TISHFIELD : not yet - tough to see yahoo at work - takes some effort

08:51:54 MARC TISHFIELD : and a littel swamped

08:51:55 BELAL FARUKI : sould i senf to bb

08:51:59 BELAL FARUKI : oh ok

09:18:03 *** BELAL FARUKI (NEURAL MARKETS LLC) has left the room

09:45:30 MARC TISHFIELD : from their email, it does not sound like their GC thinks the exposure is open ended once an error was discovered

09:45:30 *** BELAL FARUKI (NEURAL MARKETS LLC) has entered the room

09:46:07 BELAL FARUKI : thats how it reads to me too

09:46:45 MARC TISHFIELD : i would not expect him to say anything different

09:53:03 *** BELAL FARUKI (NEURAL MARKETS LLC) has left the room

22:45:51 *** MARC TISHFIELD (MILLENNIUM FIXED INC) has left the room

Copyright 2011 BLOOMBERG L.P.

**Tishfield, Marc**

**From:** Tishfield, Marc
**Sent:** Monday, November 15, 2010 12:59 PM
**To:** 'Belal K. Faruki (Neural Markets)'
**Subject:** RE: hey

ok - was not sure of the situation. you had said last tuesday you were going to call me to review everything. when will you be up and trading again?

---

**From:** Belal K. Faruki (Neural Markets) [mailto:bfaruki@neuralmarkets.com]
**Sent:** Monday, November 15, 2010 12:40 PM
**To:** Tishfield, Marc
**Subject:** RE: hey

I forwarded Trade Station's response to the error – They denied our claim and furthermore they closed our account down. That's why we are moving to IB. We have filed a claim with the NFA regarding the TS error.

Regards,

Belal K. Faruki
Managing Member
Tel: +1-312-884-7604
Fax: +1-312-884-7617
Cell: +1-312-375-9040
Email: bfaruki@neuralmarkets.com
Email: bfaruki@bloomberg.net
Neural Markets, LLC

---

**From:** Tishfield, Marc [mailto:Marc.Tishfield@mlp.com]
**Sent:** Monday, November 15, 2010 8:19 AM
**To:** Belal K. Faruki (Neural Markets)
**Subject:** hey

what is the latest other than the plan to move to interactive brokers? you had said you have not traded since november 3rd i believe and as of then the accounts were above the starting point of $1 million. any resolution to the error with tradestation? anything change or the same since november 3? i am back in the office
tish

---

The information contained in this communication is confidential and may contain information that is privileged or exempt from disclosure under applicable law. If you are not a named addressee, please notify the sender immediately and delete this email from your system. If you have received this communication, and are not a named recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

---

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Neural Markets, LLC. Any views or opinions presented are solely those of the author and do not necessarily represent those of Neural Markets, LLC. By messaging with Neural Markets, LLC you consent to the foregoing.

**Tishfield, Marc**

**From:** Tishfield, Marc
**Sent:** Wednesday, December 08, 2010 8:40 PM
**To:** 'mtish18@yahoo.com'
**Subject:** FW: hey/belal **

---

**From:** Belal K. Faruki (Neural Markets) [mailto:bfaruki@neuralmarkets.com]
**Sent:** Friday, November 19, 2010 2:25 PM
**To:** Tishfield, Marc
**Subject:** RE: hey

Tish,

I understand your concerns. I will get back to you over the weekend with more details for you. There is no reason for you to be concerned. Nothing catastrophic has happened. I just need some time to get this dispute resolved with TS.

Regards,

Belal K. Faruki
Managing Member
Tel: +1-312-884-7604
Fax: +1-312-884-7617
Cell: +1-312-375-9040
Email: bfaruki@neuralmarkets.com
Email: bfaruki@bloomberg.net
Neural Markets, LLC

**From:** Tishfield, Marc [mailto:Marc.Tishfield@mlp.com]
**Sent:** Friday, November 19, 2010 12:26 PM
**To:** Belal K. Faruki (Neural Markets)
**Subject:** hey

On the road again. Back in nyc on Monday. Can you end me the daily data and or performance report for me to review? I know you prefer to have liccar send the official one but our relationship has been all along on of openess. You have shared with me all of the detailed performance data while we discussing investing together and am not sure why there is a reluctance now that i have an actual account opened. There seems to be some confusion and i would like to better understand since it has not gone exactly as planned as of yet and threre is a large erorr that impacts me.

---

The information contained in this communication is confidential and may contain information that is privileged or exempt from disclosure under applicable law. If you are not a named addressee, please notify the sender immediately and delete this email from your system. If you have received this communication, and are not a named recipient, you are hereby notified that any dissemination,

# EXHIBIT H

HOPKINS & ASSOCIATES
A PROFESSIONAL CORPORATION

December 22, 2010

<u>VIA ELECTRONIC MAIL ONLY TO: asfuterfas@futerfaslaw.com</u>
Mr. Alan Futerfas
260 Madison Avenue, 22nd Floor
New York, New York 10016

**RE: Marc Tishfield – Neural Markets, LLC, Evolution Quantitative 1X Fund**

Mr. Futerfas:

Pursuant to our conversation yesterday afternoon, you have been retained by Mr. Tishfield and his immediate concern is any further risk of loss to his funds. You have asked if Neural Markets, LLC, would be willing to provide such assurances in writing. I have since conferred with other members of the organization and can provide the following information:

- Trading ceased on December 9, 2010.
- Funds are currently being held in cash in a domestic account.
- Funds are not exposed to any further risk of trading losses.
- Mr. Faruki is not a signer on the account where funds are held.
- As of December 22, 1010, the approximate balance is $740,000.00.

As I stated during our conversation, there has not been a final accounting for the month of November and the account remains subject to pending fees.

Further, Mr. Tishfield has engaged Mr. Weilert regarding alternatives to resolving this matter. While we are willing to continue to discuss practical and comprehensive solutions; we request that all such future efforts be consolidated through your office.

Regards,

Mark A. Hopkins

cc: Ron Weilert
Belal Faruki
Keith Hooper
James Barry

161 NORTH CLARK • SUITE 4700 • CHICAGO, ILLINOIS 60601 • FAX: 312.523.2101 • TEL: 312.523.2100

---

---

(vii) Subscriber agrees not to make any disposition of all or any part of the Securities which will result in the violation by Subscriber or by the Company of the Securities Act or any other applicable securities laws. Without limiting the foregoing, Subscriber agrees not to make any disposition of all or any part of the Securities unless and until:

(a) there is in effect a registration statement under the Securities Act covering such proposed disposition and such disposition is made In accordance with such registration statement and any applicable requirements of state Securities laws; Or

(b) the Subscriber has notified the Company of the proposed disposition and has furnished the Company with a detailed statement of the circumstances surrounding the proposed disposition, and, if requested by the Manager, such Subscriber has furnished the Company with a written opinion of legal counsel, reasonably satisfactory to the Company, that such disposition will not require registration any securities under the Securities Act of the consent or permit from appropriate authorities under any applicable state securities law.

(viii) Subscriber **[PLEASE INITIAL THE APPROPRIATE SPACE]** X is / _____is not an "Accredited Investor," as such term is defined in Rule 501 promulgated under the Act. If Subscriber is an Accredited Investor, please initial and complete, as appropriate to Subscriber's facts, all applicable bases of qualifying as an "Accredited Investor" **[THE FOLLOWING LIST SETS FORTH ONLY THE MOST COMMON BASES OF QUALIFICATION AS AN "ACCREDITED INVESTOR"]:**

(a) X Subscriber is a natural person who is subscribing on behalf of himself or herself (or on behalf of a revocable trust of which subscriber is the grantor), whose net worth or joint net worth with his or her spouse exceeds $1,000,000.

(b) X Subscriber is a natural person who is subscribing on behalf of himself or herself (or on behalf of a revocable trust of which subscriber is the grantor), whose individual income exceed $200,000, or whose income together with that of his or her spouse exceeded $300,000, in either case, in each of the two most recent years and who reasonably expects such income to exceed $200,000 in the case of individual income or $300,000 in the case of joint income in the current year.

(c) _____ Subscriber is a self-directed employee benefit plan where the investment decisions are made solely by persons that are "Accredited Investors" and the investments are made only on behalf of those persons, in which case the Subscriber has set forth below the name of each such person and each such person has completed and signed a supplemental copy of this Subscription Agreement (indicating therein that it is such a supplement and not intended to constitute a separate subscription) **[PLEASE SET FORTH EACH NAME IN THE SPACE PROVIDED]:**

---

(d) _____ Subscriber is an entity in which all the equity owners are "Accredited Investors," in which case the Subscriber has set forth below the name of each such person and each such person has completed and signed a supplemental copy of this Subscription Agreement (indicating therein that it is such a supplement and not intended to constitute a separate subscription) **[PLEASE SET FORTH EACH NAME IN THE SPACE**

**PROVIDED]:**______________________________

(e) _____ Subscriber is an individual retirement account (IRA), and the participant (i.e., the equity owner of the account) is an "Accredited Investor," in which case the Subscriber has set forth below the name of such participant, and such person has completed and signed a supplemental copy of this Subscription Agreement (indicating therein that it is such a supplement and not intended to constitute a separate subscription) **[PLEASE SET FORTH EACH NAME IN THE SPACE PROVIDED]:**______________________________

(ix) Subscriber **[PLEASE INITIAL THE APPROPRIATE SPACE]** ___ is / ___ is not a U.S. citizen or a U. S. permanent resident; if Subscriber is a U. S. citizen or U. S. permanent resident, Subscriber agrees to notify the Company within 60 days of the date it ceases to be a U. S. citizen or a U.S. permanent resident.

(x) If executing this Subscription Agreement in a representative or fiduciary capacity, the undersigned has full power and authority to execute and deliver this Subscription Agreement on behalf of its principal for whom the undersigned is executing this Subscription Agreement, and such principal has the full right and power to perform pursuant to this Subscription Agreement and to acquire the Securities.

(xi) The Subscriber has previously made the following kinds of investments **[PLEASE INITIAL THE APPROPRIATE SPACES]:**

__X__ Listed Stocks

_____ OTC Stocks

__X__ Bonds

__X__ Mutual Funds

_____ Public Direct Investments (limited partnership or limited liability company)

_____ Private Direct Investments (limited partnership or limited liability company)

__X__ Venture Capital or other Early-Stage Investments

**3. Indemnification.** Subscriber warrants the truth and accuracy of all Subscriber's representations, warranties and agreements, and the truth and accuracy of all of the information provided by Subscriber and included in this Subscription Agreement and agrees to indemnify and defend the Company and its directors and officers, and hold them harmless from and against, any and all liability, damage, cost or expense incurred on account of or arising out of any breach of or inaccuracy in Subscriber's representations, warranties or agreements herein, including any action, suit or proceeding based on a claim that any of such representations, warranties or agreements were inaccurate or misleading or otherwise cause for obtaining damages or redress from the Company or any of its directors or officers under the Securities Act or any applicable state securities laws of any jurisdiction.

**4. Disputes.** In the event of any litigation to determine the legality, enforcement and/or interpretation of any provisions of this Subscription Agreement and any other matters relative to the sale of the Securities, a court of competent jurisdiction may award either party in such litigation reasonable attorneys' fees and costs, in addition to any other appropriate relief.

5. **Form of Ownership.**

PLEASE INITIAL ONE THE FOLLOWING:
_X_ INDIVIDUAL OWNERSHIP (one signature)
_____ JOINT TENANT WITH RIGHT OF Survivorship (two signatures)
_____ COMMUNITY PROPERTY (two signatures)
_____ TENANTS IN COMMON (two signatures)
_____ CUSTODIAN UNDER UNIFORM GIFT TO MINORS ACT TRUST
_____ PARTNERSHIP
_____ CORPORATION
_____ IRA
_____ OTHER [PLEASE SPECIFY] ____________________

6. **Evolution Quantitative 1X Membership Units Information.**

TOTAL DOLLAR AMOUNT SUBSCRIBED: $1,000,000.00
NUMBER OF EVOLUTION QUANTITATIVE 1X MEMBERSHIP UNITS: 10
PAYMENT MODE: Wire Transfer __X__ Cashiers Check [1] ______

7. **Signature of Subscriber — Subscription Agreement**

Dated: 9/27, 2010

Authorized Signature: [signature]

Dated: __________, 2010

Authorized Signature: ____________________

*Please include title or capacity of signing party if Subscriber is a partnership, corporation, trust or other non-individual entity.*

PLEASE TYPE OR PRINT THE FOLLOWING INPORMATION•

Full name(s) of Subscriber as it/they should appear on Membership Units, Social Security Number, FEIN, or other taxpayer ID Number of Subscriber, Address of Permanent Residence or primary place of business and Telephone & Fax Numbers.

8. **Signature of Subscriber — Operating Agreement**

Purchaser hereby acknowledges receipt of the Neural Market, LLC, a Delaware limited liability company Operating Agreement Dated September 2010

[signature]

[1] Cashier's checks should be made payable to Neural Markets, LLC.

**9. Acceptance of Subscription. Dated:** 9/27 **2010**

Neural Markets LLC, a Delaware Limited Liability Company
Evolution Quantitative 1X Fund Offering

By: Belal K. Faruki, Its Managing Member

**SCHEDULE 1 TO SUBSCRIPTION AGREEMENT**
**Form of Neural Markets, Evolution Quantitative 1X Fund Offering Subscription Agreement**

CERTIFICATE OF PURCHASER REPRESENTATIVE

1. I hereby certify that I have acted as the Purchaser Representative of in connection with such person's investment in Securities of Non-Equity Non-Voting Membership Units ("Membership Units") of the Evolution Quantitative 1X Fund (the "Fund") of the Neural Markets, LLC, a Delaware limited liability company (the "Company"), and that the statements made with respect to me in the Subscription Agreement executed in connection therewith by said person are true and correct. The following is a description of the business and investment experience, education and other bases of my background which gave me such knowledge and experience in business and financial matters that I am capable of evaluating the merits and risks of an investment in the Securities [PLEASE COMPLETE]: Global Macro Portfolio Manager, MBA Finance NYU

2. The following sets forth any material relationship between rue or my affiliates arid the Company and its affiliates that now exists, is mutually understood to be contemplated or that has at any time during the previous two (2) years existed, and sets forth any compensation received or to be received as a result of such relationship [PLEASE COMPLETE]:__________

3. The undersigned is not an affiliate, director, officer or other employee of the Company or beneficial owner of ten percent (10%) or more of any class of its equity securities or often percent (10%) or more of the equity of the Company.

By: __________

Purchaser/Purchaser Representative

**SCHEDULE 2 TO SUBSCRIPTION AGREEMENT**
**Form of Neural Markets, Evolution Quantitative 1X Offering Subscription Agreement**
**[Counterpart Signature Page]**

**Evolution Quantitative 1X Membership Certificate:**

Non-Equity Non-Voting Membership Units ("Membership Units") of the Evolution Quantitative 1X Fund (the "Fund") of the Neural Markets, LLC, a Delaware limited liability company (the "Company"),

MANAGER: Belal K. Faruki

By: ______________ 9/27/10.
Belal K. Faruki, Managing Member

Address: 161 N. Clark St. Suite 4700, Chicago, IL 60601

EVOLUTION QUANTITATIVE 1X MEMBER - EXACT NAME IN WHICH EVOLUTION QUANTITATIVE 1X MEMBERSHIP UNIT(S) ARE HELD:

Name #1: MARC Tishfeld

Signature #1: ______________

Printed Name #1: ______________

SSN#/EIN#: ______________